# EXHIBIT 8

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-6700

PAGE 1

**INVOICE NO.** P2639E -IN
**INVOICE DATE** 09/12/13
**ORDER NUMBER** P2639
**ORDER DATE** 12/30/13
**SALESPERSON** 0015
**CUSTOMER NO** 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton, CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Agra, OK OSCL
Lincoln County, OK
Ship Date: 09/09/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Agra, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: CLAY 21-2 WX

New API Oilwell Casing

| 05121700PHBAJ*0  TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 14036.31 | 13.3800 | 187,805.83 |
| 05121700PHBAJ*J  TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 |

Tallies attached.

| | | | |
|---|---|---|---|
| **DUE DATE** | 10/27/13 | **NET INVOICE** | 187,805.83 |
| **DISC. DATE** | | **FREIGHT** | .00 |
| | | **SALES TAX** | 10,329.32 |
| | | **INVOICE TOTAL** | 198,135.15 |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

EXHIBIT 7



EXHIBIT 8

## TERMS AND CONDITIONS OF SALE

1. The rights and duties of Seller (Trident Steel Corporation) and Buyer (indicated above) shall be governed exclusively by the terms and conditions contained in this Invoice. These terms and conditions may not be added to, modified, superseded or otherwise altered except by written instrument signed by an authorized representative of Seller. These terms and conditions shall be deemed accepted by Buyer if not altered by such a written instrument. These terms and conditions shall prevail insofar as they may conflict with the terms and conditions set forth in Buyer's purchase order. Properly signed bills of lading shall constitute delivery.

2. SELLER SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, LIQUIDATED, SPECIAL, CONSEQUENTIAL, CONTINGENT OR INCIDENTAL DAMAGES WHATSOEVER ARISING OUT OF THIS TRANSACTION. Seller shall not be liable for any loss or damage arising out of delays in Seller's performance which are caused by factors beyond its control. No product may be returned to Seller without prior written permission from Seller. Claims of defects in products must be received by Seller within ten (10) days from the date said products are delivered to Buyer.

3. THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION IN THIS INVOICE. SELLER MAKES NO SPECIFIC WARRANTY, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR A PRACTICULAR PURPOSE. SELLER EXPRESSLY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

4. Buyer agrees to the price and payment terms contained in this Invoice. Buyer agrees to pay interest on overdue balances at the rate of 1.5% per month. Buyer agrees to pay all costs and charges (including court costs, reasonable attorney's fees and litigation expenses) incurred by Seller in connection with the enforcement of any provision of this agreement. The parties agree that the laws of the State of Missouri and the Uniform Commercial Code as adopted by the State of Missouri, shall govern the construction, operation, performance and enforcement of this agreement and Buyer hereby consents to the jurisdiction of the courts of the Circuit Court of St. Louis County, Missouri should any dispute arise between the parties concerning this agreement.

5. Notwithstanding the foregoing, Seller and Buyer agree that any controversy or claim arising out of this order shall be settled by arbitration administered in Houston, Harris County, Texas, pursuant to a single arbitrator arbitration proceeding administered by the American Arbitration Association under its commercial arbitration rules, and a judgment on the award rendered by the arbitrator may be entered and enforced in any court having jurisdiction thereof.