# EXHIBIT 12

# INVOICE



**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

PAGE 1

| | |
|---|---|
| INVOICE NO. | P2639 I-IN |
| INVOICE DATE | 10/11/13 |
| ORDER NUMBER | P2639 |
| ORDER DATE | 12/30/13 |
| SALESPERSON | 0015 |
| CUSTOMER NO | 01-0002183 |
| | Daniel Nelson |

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton   CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Stillwater, OK OSCL
Noble County, OK
Ship Date: 10/08/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Stillwater, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease: WEDEL 29-1 WX | | | |
| AFE # D0189 | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*O     TSB | | | |
|   5 1/2x17# HCP BTC A-JU BEST *O | 4660.12 | 13.3400 | 62,166.00 |
| 05121700PHBAJ*J     TSB | | | |
|   5 1/2x17# HCP BTC A-JU BEST *J | 109.00 | .0000 | .00 |
| Tallies attached. | | | |

| DUE DATE | 11/25/13 | NET INVOICE | 62,166.00 |
|---|---|---|---|
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 3,729.96 |
| | | INVOICE TOTAL | 65,895.96 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

EXHIBIT 11

EXHIBIT 12

## TERMS AND CONDITIONS OF SALE

1.  The rights and duties of Seller (Trident Steel Corporation) and Buyer (indicated above) shall be governed exclusively by the terms and conditions contained in this invoice. These terms and conditions may not be added to, modified, superseded or otherwise altered except by written instrument signed by an authorized representative of Seller. These terms and conditions shall be deemed accepted by Buyer if not altered by such a written instrument. These terms and conditions shall prevail insofar as they may conflict with the terms and conditions set forth in Buyer's purchase order. Properly signed bills of lading shall constitute delivery.

SELLER SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, LIQUIDATED, SPECIAL, CONSEQUENTIAL, CONTINGENT OR INCIDENTAL DAMAGES WHATSOEVER ARISING OUT OF THIS TRANSACTION. Seller shall not be liable for any loss or damage arising out of delays in Seller's performance which are caused by factors beyond its control. No product may be returned to Seller without prior written permission from Seller. Claims of defects in shipment must be received by Seller within ten (10) days after the date said products are delivered to Buyer.

THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION IN THIS INVOICE. SELLER MAKES NO SPECIFIC WARRANTY, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER EXPRESSLY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

- Buyer agrees to the price and payment terms contained in this invoice. Buyer agrees to pay a late payment penalty at the rate of 1.5% per month. Buyer agrees to pay all costs and attorneys' fees (including costs and attorneys' fees in bankruptcy, litigation, appellate proceedings) incurred by Seller in connection with the enforcement of its agreement and/or any payment. The parties agree that the laws of the State of Missouri and the Uniform Commercial Code as adopted by the State of Missouri shall govern all of their business transactions and agreements. Buyer agrees that the exclusive venue for dispute resolution of any controversy or dispute shall be the District Court of St. Louis, Missouri and Buyer hereby submits itself to the jurisdiction of that court.

- Notwithstanding the foregoing, Seller and Buyer agree that any controversy or claim arising out of this sale shall be settled by arbitration administered in Houston, Harris County, Texas, subject to a single arbitrator in arbitration proceeding administered by the American Arbitration Association under its commercial arbitration rules, and judgment on the award rendered by the arbitrator may be entered and enforced in any court having jurisdiction thereof.