# EXHIBIT 13

# INVOICE

PAGE 1

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

| | |
|---|---|
| INVOICE NO. | P2639J -IN |
| INVOICE DATE | 10/23/13 |
| ORDER NUMBER | P2639 |
| ORDER DATE | 12/30/13 |
| SALESPERSON | 0015 |
| CUSTOMER NO | 01-0002183 |
| | Daniel Nelson |

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton   CO 80128

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date:  10/21/13

**CONFIRM TO:**
John Podowski

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:   ETHRIDGE 36-2WX

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0     TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 14106.22 | 13.2100 | 186,343.17 |
| 05121700PHBAJ*J     TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 |

Tallies attached.

| | | | |
|---|---|---|---|
| DUE DATE | 12/07/13 | NET INVOICE | 186,343.17 |
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 9,900.41 |
| | | INVOICE TOTAL | 196,243.58 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

EXHIBIT 12

EXHIBIT 13

## TERMS AND CONDITIONS OF SALE

The rights and duties of Seller (Trident Steel Corporation) and Buyer (indicated above) shall be governed exclusively by the terms and conditions contained in this Invoice. These terms and conditions may not be added to, modified, superseded or otherwise altered except by written instrument signed by an authorized representative of Seller. These terms and conditions shall be deemed accepted by Buyer if not altered by such a written instrument. These terms and conditions shall prevail insofar as they may conflict with the terms and conditions set forth in Buyer's order or order acknowledgment. Buyer's acceptance of delivery shall constitute delivery.

**SELLER SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, LIQUIDATED, SPECIAL, CONSEQUENTIAL, CONTINGENT OR INCIDENTAL DAMAGES WHATSOEVER ARISING OUT OF THIS TRANSACTION.** Seller shall not be liable for any loss or damage arising out of Seller's performance which are caused by factors beyond its control. No product may be returned to Seller without prior written permission of the Seller. Claims of defects in the product or shortages must be made in writing within [30] days from the date said products are delivered.

**THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THIS INVOICE. SELLER MAKES NO SPECIFIC WARRANTY, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER EXPRESSLY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.**

Buyer agrees to pay Seller for all products and services ordered. Past due invoices bear interest at the rate of 1.5% per month. Buyer agrees to pay all costs and expenses, including court costs, disbursements and attorney's fees, that Seller may incur in connection with the enforcement of the terms of this agreement. The parties agree that the law of the State of Missouri and the Uniform Commercial Code, as enacted by the State of Missouri, shall govern the construction, execution, performance and enforcement of this agreement, and Buyer hereby consents to the jurisdiction of the courts of the Circuit Court of St. Louis County, Missouri should a dispute arise between the parties concerning this agreement.

Notwithstanding the foregoing, Seller and Buyer agree that any controversy or claim arising out of this order shall be settled by arbitration administered in Houston, Harris County, Texas, pursuant to a single arbitration advisory proceeding administered by the American Arbitration Association under its commercial arbitration rules, and judgment on the award rendered by the AAA arbitrator may be entered and enforced in any court having jurisdiction thereof.