# EXHIBIT 14

# INVOICE

PAGE 1

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

| | |
|---|---|
| INVOICE NO. | P2639K -IN |
| INVOICE DATE | 10/31/13 |
| ORDER NUMBER | P2639 |
| ORDER DATE | 12/30/13 |
| SALESPERSON | 0015 |
| CUSTOMER NO | 01-0002183 |
| | Daniel Nelson |

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton     CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 10/29/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:   HOLDERREAD 34-4 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0   TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 4039.04 | 13.4700 | 54,405.87 |
| 05121700PHBAJ*J   TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 95.00 | .0000 | .00 |

Tallies attached.

| | | | |
|---|---|---|---|
| DUE DATE | 12/15/13 | NET INVOICE | 54,405.87 |
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 2,890.58 |
| | | INVOICE TOTAL | 57,296.45 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

EXHIBIT 13

EXHIBIT 14

## TERMS AND CONDITIONS OF SALE

1. The rights and duties of Seller (Trident Steel Corporation) and Buyer (indicated above) shall be governed exclusively by the terms and conditions contained in this Invoice. These terms and conditions may not be added to, modified, superseded or otherwise altered except by written instrument signed by an authorized representative of Seller. These terms and conditions shall be deemed accepted by Buyer if not altered by such a written instrument. These terms and conditions shall prevail insofar as they are in conflict with the terms and conditions set forth in Buyer's purchase order. Properly signed bill of lading shall constitute delivery.

SELLER SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, LIQUIDATED, SPECIAL, CONSEQUENTIAL, CONTINGENT OR INCIDENTAL DAMAGES WHATSOEVER ARISING OUT OF THIS TRANSACTION. Seller shall not be liable for any loss or damage arising out of Seller's performance when it is caused by factors beyond its control. No goods shall be returned to Seller without prior written permission from Seller. Claims of defects in any goods must be received by Seller within thirty (30) days from the date such goods are received by Buyer.

THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION IN INVOICE. SELLER MAKES NO SPECIFIC WARRANTY, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER EXPRESSLY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

Buyer agrees to the prompt payment of all invoices due to Seller, and Buyer agrees to pay interest on any past due balance at the rate of 1 1/2% per month. Buyer agrees to pay all costs of collection, including without limitation reasonable attorney's fees and litigation expenses, incurred by Seller in any proceeding to enforce, protect or recover on this agreement. The parties agree that this contract shall be construed under the laws of the State of Texas as applied to contracts entered into and performed in the State of Texas. Seller may at its option institute suit on any claim arising under this contract in a court of competent jurisdiction in Harris County, Texas, and Buyer consents to the personal jurisdiction of such court in any such action without objection or removal.

Notwithstanding the foregoing, Seller at its sole option, may agree to arbitrate any dispute arising under this contract. Such arbitration shall take place under the rules administered in Houston, Harris County, Texas, under the Commercial Arbitration proceedings of an arbitrator by the American Arbitration Association, and judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.