# INVOICE



**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

PAGE 1

INVOICE NO. P2639 I-IN
INVOICE DATE 10/11/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton   CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Stillwater, OK OSCL
Noble County, OK
Ship Date: 10/08/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Stillwater, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: WEDEL 29-1 WX
AFE # D0189

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0    TSB<br>5 1/2x17# HCP BTC A-JU BEST *0 | 4660.12 | 13.3400 | 62,166.00 |
| 05121700PHBAJ*J    TSB<br>5 1/2x17# HCP BTC A-JU BEST *J | 109.00 | .0000 | .00 |

Tallies attached.

| DUE DATE | | NET INVOICE | 62,166.00 |
|---|---|---|---|
| | 11/25/13 | FREIGHT | .00 |
| DISC. DATE | | SALES TAX | 3,729.96 |
| | | INVOICE TOTAL | 65,895.96 |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

EXHIBIT 11

EXHIBIT 12

### TERMS AND CONDITIONS OF SALE

1. The rights and duties of Seller (Trident Steel Corporation) and Buyer (indicated above) shall be governed exclusively by the terms and conditions contained in this invoice. These terms and conditions may not be added to, modified, superseded or otherwise altered except by written instrument signed by an authorized representative of Seller. These terms and conditions shall be deemed accepted by Buyer if not altered by such a written instrument. These terms and conditions shall prevail insofar as they may conflict with the terms and conditions set forth in Buyer's purchase order. Properly signed bills of lading shall constitute delivery.

SELLER SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, LIQUIDATED, SPECIAL, CONSEQUENTIAL, CONTINGENT OR INCIDENTAL DAMAGES WHATSOEVER ARISING OUT OF THIS TRANSACTION. Seller shall not be liable for any loss or damage arising out of delays in Seller's performance which are caused by factors beyond its control. No product may be returned to Seller without prior written permission from Seller. Claims or defects in shipment must be received by Seller within ten (10) days of the date said products are delivered to Buyer.

THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION IN THIS INVOICE. SELLER MAKES NO SPECIFIC WARRANTY, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER EXPRESSLY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

- Buyer agrees to the terms and conditions contained in this invoice. Buyer agrees to pay a service charge on all past due invoices in the amount of 1.5% per month. Buyer agrees to pay all costs and expenses, including court costs and reasonable attorney's fees, in litigation expenses incurred by the Seller in any action or proceeding against the Buyer to enforce payment. The parties agree that this transaction takes place in Missouri and the Uniform Commercial Code, as adopted by the State of Missouri, shall govern the transaction, performance and enforcement of this agreement. Buyer expressly consents to the jurisdiction of the courts of the State of Missouri, and further consents to venue of suit in St. Louis, per the parties to this agreement.

- Notwithstanding the foregoing, Seller and Buyer agree that any controversy or claim arising under this agreement shall be settled by arbitration administered at Houston, Harris County, Texas, pursuant to a single arbitration proceeding administered by the American Arbitration Association under its commercial arbitration rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.