# INVOICE

PAGE 1

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

| | |
|---|---|
| INVOICE NO. | P2639J -IN |
| INVOICE DATE | 10/23/13 |
| ORDER NUMBER | P2639 |
| ORDER DATE | 12/30/13 |
| SALESPERSON | 0015 |
| CUSTOMER NO | 01-0002183 |
| | Daniel Nelson |

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton   CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date:  10/21/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:   ETHRIDGE 36-2WX

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0        TSB<br>  5 1/2x17# HCP BTC A-JU BEST *0 | 14106.22 | 13.2100 | 186,343.17 |
| 05121700PHBAJ*J        TSB<br>  5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 |

Tallies attached.

| DUE DATE | 12/07/13 | NET INVOICE | 186,343.17 |
|---|---|---|---|
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 9,900.41 |
| | | INVOICE TOTAL | 196,243.58 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

EXHIBIT 12

EXHIBIT 13

## TERMS AND CONDITIONS OF SALE

The rights and duties of Seller (Trident Steel Corporation) and Buyer (indicated above) shall be governed exclusively by the terms and conditions contained in this Invoice. These terms and conditions may not be added to, modified, superseded or otherwise altered except by a written instrument signed by an authorized representative of Seller. These terms and conditions shall be deemed accepted by Buyer if not assented by such a written instrument. These terms and conditions shall prevail insofar as they may conflict with the terms and conditions set forth in Buyer's acknowledgements. Buyer's acceptance of all or any of the goods shall constitute delivery.

SELLER SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, LIQUIDATED, ACTUAL, CONSEQUENTIAL, CONTINGENT OR INCIDENTAL DAMAGES WHATSOEVER ARISING OUT OF THIS TRANSACTION. Seller shall not be liable for any loss or damage arising out of delays in performance or deliveries caused by causes beyond its control. No product may be returned to Seller without prior written permission from Seller. Claims of defects in or shortage of products must be made in writing within 30 days from the date said products are delivered.

THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION ON THIS INVOICE. SELLER MAKES NO SPECIFIC WARRANTY, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER EXPRESSLY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

Buyer agrees to pay reasonable legal fees and costs of collection, including, but not limited to, fees of any collection agency or the person collecting said account. Buyer agrees to pay all costs and expenses, including court costs, associated with any action or legal proceeding incurred by Seller to enforce our rights under this agreement or any provision of this agreement. The parties agree that the laws of the State of Missouri and the Uniform Commercial Code, as adopted by the State of Missouri, shall govern the construction, execution, performance and enforcement of this agreement, and Buyer hereby consents to the jurisdiction of the courts of the Circuit Court of St. Louis County, Missouri should any dispute arise between the parties concerning this agreement.

Notwithstanding the foregoing, Seller and Buyer agree that any controversy or claim arising out of this order shall be settled by arbitration administered in Houston, Harris County, Texas, by means of a single arbitrator in a proceeding administered by the American Arbitration Association and in accordance with its commercial arbitration rules, and judgment on the award rendered by the Arbitrator may be entered and enforced in any court having jurisdiction thereof.