# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE: 1

INVOICE NO. P2639K -IN
INVOICE DATE 10/31/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton  CO 80128

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 10/29/13

**CONFIRM TO:**
John Podowski

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: HOLDERREAD 34-4 MH

New API Oilwell Casing

| 05121700PHBAJ*0    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 4039.04 | 13.4700 | 54,405.87 |
| 05121700PHBAJ*J    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 95.00 | .0000 | .00 |

Tallies attached.

DUE DATE  12/15/13
DISC. DATE

NET INVOICE  54,405.87
FREIGHT       .00
SALES TAX   2,890.58
INVOICE TOTAL  57,296.45

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

EXHIBIT 13

EXHIBIT 14

## TERMS AND CONDITIONS OF SALE

1. The rights and duties of Seller (Trident Steel Corporation) and Buyer (indicated above) shall be governed exclusively by the terms and conditions contained in this Invoice. These terms and conditions may not be added to, modified, superseded or otherwise altered except by written instrument signed by an authorized representative of Seller. These terms and conditions shall be deemed accepted by Buyer if not altered by such a written instrument. These terms and conditions shall prevail insofar as they may conflict with the terms and conditions set forth in Buyer's purchase order. Properly signed Bill of lading shall constitute delivery.

SELLER SHALL NOT BE LIABLE FOR ANY DIRECT, INDIRECT, LIQUIDATED, SPECIAL, CONSEQUENTIAL, CONTINGENT OR INCIDENTAL DAMAGES WHATSOEVER ARISING OUT OF THIS TRANSACTION. Seller shall not be liable for any loss or damage arising out of Seller's failure to perform its obligations when such failure is caused by factors beyond its control. No goods may be returned to Seller without prior written permission from Seller. Claims of defects in materials or workmanship must be made to Seller within thirty (30) days from date of purchase and terms of damages.

THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTION IN THIS INVOICE. SELLER MAKES NO SPECIFIC WARRANTY, EXPRESS OR IMPLIED, AS TO MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER EXPRESSLY DISCLAIMS ANY WARRANTY, EXPRESS OR IMPLIED, OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

Unless agreed to in writing, no payment or installment of any kind, Buyer agrees to pay interest at the rate of the lesser of the maximum rate permitted by law or ten (10) percent per annum. Buyer also agrees to pay all costs of collection, including reasonable attorneys' fees and all expenses incurred by Seller in collecting any amount due on any account of this agreement. The parties to this agreement agree to submit to the jurisdiction and the Harris County, TX who are occupied by the state of residence, and agree that venue in such disputes or proceedings including any contest of this contract or additional terms shall be in the jurisdiction of Harris County, TX state and the United States courts in and for such jurisdiction with respect to any disputes arising out of this Agreement.

Notwithstanding the foregoing, Seller and Buyer agree to settle any controversies by first pursuing a good faith effort to resolve such disputes and matters in Houston, Harris County, Texas, and if such effort is unsuccessful, by binding arbitration proceedings administered by the American Arbitration Association under its commercial rules. A final decision may be rendered on the award rendered by the arbitrator(s) and entered into any court having jurisdiction thereof.