

# INVOICE

PAGE 1

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

INVOICE NO. P2639F -IN
INVOICE DATE 09/13/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton          CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 09/10/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: MCGUIRE 17-1 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*O    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *O | 10291.19 | 13.3100 | 136,975.74 |
| 05121700PHBAJ*J    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 243.00 | .0000 | .00 |

Tallies attached.

**APPROVED**
By John Podowski at 12:35 pm, Sep 27, 2013

THIS INVOICE HAS BEEN APPROVED
BY _____
DATE 9-24-13
COST CENTER F106
ACCT CODE 1200.130

**EXHIBIT 1**

| | | |
|---|---|---|
| DUE DATE | 10/28/13 | NET INVOICE 136,975.74 |
| DISC. DATE | | FREIGHT .00 |
| | | SALES TAX 7,277.52 |
| | | INVOICE TOTAL 144,253.26 |

**** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**