| | |
|---|---|
| From: | Lu Ann Stout |
| To: | Heidi Nichols |
| Cc: | Matthew B. Vianello (vianello@archcitylawyers.com); Mary Williams; Kiran Phansalkar; Marie Hall; Lindsay Skinner |
| Subject: | Re: Calyx and AEW v. Trident |
| Date: | Friday, January 16, 2015 4:26:56 PM |
| Attachments: | image001.png |

Heidi ... I have been having phone / internet problems thus week and can't get into my computer right now ... I believe the sdt's were sent out but can't confirm right now. As soon as I can get into my computer I will see what is going on with this.
Thx
Las

Sent from my iPhone

On Jan 16, 2015, at 3:08 PM, Heidi Nichols <HNichols@cwlaw.com> wrote:

> Counsel,
>
> We have been awaiting receipt of the Subpoenas Duces Tecum generally identified in Trident's Notice of Issuing Subpoenas to Produce Documents, Information, or Objects to Permit Inspection of Premises In A Civil Action to Non-Parties filed December 29, 2014 [Dkt. # 96].  However, we have searched and have not received any Subpoenas issued by Trident.  Please let us know if you ended up not sending those Subpoenas. If Trident did issue the Subpoenas please: (1) serve us with copies of each and every Subpoena; (2) reset the date for production pursuant to the Subpoenas for our clients' statutorily allotted objection time; and (3) contact each subpoenaed party and instruct them that they are not to respond to the Subpoenas until our clients have been provide with their statutorily allotted time.
>
> If you have any questions or wish to discuss please do not hesitate to contact me. Thank you.
>
> Heidi M. Nichols
> Partner
> <image001.png>
> CONNER & WINTERS, LLP
> Attorneys & Counselors at Law
> 1700 One Leadership Square
> 211 North Robinson
> Oklahoma City, OK 73102-7101
> P 405.272.5703
> F 405.232.2695
> hnichols@cwlaw.com
> www.cwlaw.com
>
> This message and any attachments may contain information that is highly confidential, privileged, and exempt from disclosure.  Any recipient other than the intended recipient is advised that any dissemination, distribution, copying, or other use of this message is strictly prohibited.

**EXHIBIT 6**

If you have received this message in error, please notify the sender immediately.