# EXHIBIT 2



# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

PAGE 1

INVOICE NO. P2639C -IN
INVOICE DATE 08/22/13
ORDER NUMBER P2639
ORDER DATE 10/28/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton        CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Oklahoma City, OK ISCL
Oklahoma County, OK
Ship Date: 08/16/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Oklahoma City | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: ROBINSON 4-1 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0          TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 2800.22 | 13.1000 | 36,682.88 |
| 05121700PHBAJ*J          TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 66.00 | .0000 | .00 |

Tallies attached.

| DUE DATE | | NET INVOICE | 36,682.88 |
|---|---|---|---|
| | 10/06/13 | FREIGHT | .00 |
| DISC. DATE | | SALES TAX | 3,072.19 |
| | | INVOICE TOTAL | 39,755.07 |

\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE \*\*

TRIDENT 000001



# INVOICE

PAGE 1

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

| | |
|---|---|
| INVOICE NO. | P2639E -IN |
| INVOICE DATE | 09/12/13 |
| ORDER NUMBER | P2639 |
| ORDER DATE | 12/30/13 |
| SALESPERSON | 0015 |
| CUSTOMER NO | 01-0002183 |
| | Daniel Nelson |

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton   CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Agra, OK OSCL
Lincoln County, OK
Ship Date: 09/09/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Agra, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: CLAY 21-2 WX

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0     TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 14036.31 | 13.3800 | 187,805.83 |
| 05121700PHBAJ*J     TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 |

Tallies attached.

| | | | |
|---|---|---|---|
| **DUE DATE** | 10/27/13 | **NET INVOICE** | 187,805.83 |
| **DISC. DATE** | | **FREIGHT** | .00 |
| | | **SALES TAX** | 10,329.32 |
| | | **INVOICE TOTAL** | 198,135.15 |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE \*\***

TRIDENT 000004

# INVOICE



**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

PAGE 1

INVOICE NO. P2639F -IN
INVOICE DATE 09/13/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton                CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 09/10/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:   MCGUIRE 17-1 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*O       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *O | 10291.19 | 13.3100 | 136,975.74 |
| 05121700PHBAJ*J       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 243.00 | .0000 | .00 |

Tallies attached.

| | | | |
|---|---|---|---|
| **DUE DATE** | 10/28/13 | **NET INVOICE** | 136,975.74 |
| **DISC. DATE** | | **FREIGHT** | .00 |
| | | **SALES TAX** | 7,277.52 |
| | | **INVOICE TOTAL** | 144,253.26 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE **

TRIDENT 000017

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

| | |
|---|---|
| INVOICE NO. | P2639G-IN |
| INVOICE DATE | 09/23/13 |
| ORDER NUMBER | P2639 |
| ORDER DATE | 12/30/13 |
| SALESPERSON | 0015 |
| CUSTOMER NO | 01-0002183 |
| | Daniel Nelson |

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton, CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 9/18/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | | PRICE | AMOUNT |
|---|---|---|---|---|
| Lease: MCGUIRE 17-1 MH | | | | |
| New API Oilwell Casing | | | | |
| 05121700PHBAJ*0 | TSB | 6,153.69  FT | $13.4900 | $83,013.28 |
| 5 1/2x17# HCP BTC A-JU BEST *0 | | | | |
| | | | | |
| 05121700PHBAJ*J | TSB | 145.00  EACH | $0.0000 | $0.00 |
| 5 1/2x17# HCP BTC A-JU BEST *J | | | | |
| | | | | |
| Tallies attached. | | | | |
| /OTLO | | | | $700.00 |
| Overtime Loadout | | | | |

| | | | | |
|---|---|---|---|---|
| DUE DATE | 11/07/13 | | NET INVOICE | $83,713.28 |
| DISC. DATE | | | FREIGHT | $0.00 |
| | | | SALES TAX | $4,410.50 |
| | | | INVOICE TOTAL | $88,123.78 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

TRIDENT 000026

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

**INVOICE NO.** P2639H -IN
**INVOICE DATE** 09/26/13

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**ORDER NUMBER** P2639
**ORDER DATE** 12/30/13
**SALESPERSON** 0015
**CUSTOMER NO** 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton      CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 09/23/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:  CLAY 28-1 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 7883.65 | 13.2500 | 104,458.36 |
| 05121700PHBAJ*J       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 185.00 | .0000 | .00 |

Tallies attached.

**DUE DATE** 11/10/13

**DISC. DATE**

**NET INVOICE** 104,458.36
**FREIGHT** .00
**SALES TAX** 5,549.88
**INVOICE TOTAL** 110,008.24

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE **

TRIDENT 000033



# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

PAGE 1
INVOICE NO. P2639 I-IN
INVOICE DATE 10/11/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton           CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Stillwater, OK OSCL
Noble County, OK
Ship Date:  10/08/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Stillwater, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:  WEDEL 29-1 WX
AFE # D0189

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0        TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 4660.12 | 13.3400 | 62,166.00 |
| 05121700PHBAJ*J        TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 109.00 | .0000 | .00 |

Tallies attached.

| DUE DATE | | NET INVOICE | |
|---|---|---|---|
| | 11/25/13 | | 62,166.00 |
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 3,729.96 |
| | | INVOICE TOTAL | 65,895.96 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE **

TRIDENT 000040



# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

INVOICE NO. P2639J -IN
INVOICE DATE 10/23/13

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton          CO 80128

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 10/21/13

**CONFIRM TO:**
John Podowski

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease:  ETHRIDGE 36-2WX | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*0        TSB | | | |
|   5 1/2x17# HCP BTC A-JU BEST *0 | 14106.22 | 13.2100 | 186,343.17 |
| 05121700PHBAJ*J        TSB | | | |
|   5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 |
| Tallies attached. | | | |

DUE DATE  12/07/13
DISC. DATE

NET INVOICE    186,343.17
FREIGHT              .00
SALES TAX       9,900.41
INVOICE TOTAL  196,243.58

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE **

TRIDENT 000045



# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

INVOICE NO. P2639K -IN
INVOICE DATE 10/31/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton      CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 10/29/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: HOLDERREAD 34-4 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 4039.04 | 13.4700 | 54,405.87 |
| 05121700PHBAJ*J       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 95.00 | .0000 | .00 |

Tallies attached.

| | | |
|---|---|---|
| DUE DATE  12/15/13 | NET INVOICE | 54,405.87 |
| DISC. DATE | FREIGHT | .00 |
|  | SALES TAX | 2,890.58 |
|  | INVOICE TOTAL | 57,296.45 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE **

TRIDENT 000056



## INVOICE

PAGE 1

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

INVOICE NO. P2639L -IN
INVOICE DATE 11/01/13

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton       CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 10/30/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease: UBANK 11-2 WX | | | |
| AFE #: D0208 | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*0    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 13544.90 | 13.2500 | 179,469.93 |
| 05121700PHBAJ*J    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 321.00 | .0000 | .00 |
| Tallies attached. | | | |

| DUE DATE | 12/16/13 | NET INVOICE | 179,469.93 |
|---|---|---|---|
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 9,535.24 |
| | | INVOICE TOTAL | 189,005.17 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE **

TRIDENT 000061