

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE: 1

**INVOICE NO.** P2639A -IN
**INVOICE DATE** 07/10/13

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**ORDER NUMBER** P2639
**ORDER DATE** 10/28/13
**SALESPERSON** 0015
**CUSTOMER NO** 01-0002183
Daniel Nelson

**SOLD TO:**
CALYX Energy LLC
6901 S. Pierce Street
Suite 270
Littleton    CO 80128

**SHIP TO:**
Delivered
Stillwater, OK OSCL
Payne County, OK
Ship Date: 07/08/13

**CONFIRM TO:**
John Podowski

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Stillwater, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease: HARTLY 31-1 MH | | | |
| AFE # D0147 | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*0      TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 4349.23 | 13.3800 | 58,192.70 |
| 05121700PHBAJ*J      TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 102.00 | .0000 | .00 |
| Tallies attached. | | | |

Exhibit 2

**DUE DATE** 08/24/13
**DISC. DATE**

**NET INVOICE** 58,192.70
**FREIGHT** .00
**SALES TAX** 3,091.78
**INVOICE TOTAL** 61,284.48

\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\*

Trident 345

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

**INVOICE NO.** P2639B -IN
**INVOICE DATE** 08/08/13

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**ORDER NUMBER** P2639
**ORDER DATE** 10/28/13
**SALESPERSON** 0015
**CUSTOMER NO** 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton   CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 08/06/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:  WILLIAMS 8-2 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 9491.41 | 13.3400 | 126,615.41 |
| 05121700PHBAJ*J    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 222.00 | .0000 | .00 |

Tallies attached.

| DUE DATE | 09/22/13 | NET INVOICE | 126,615.41 |
|---|---|---|---|
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 6,727.07 |
| | | **INVOICE TOTAL** | **133,342.48** |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

**Trident 330**

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

**INVOICE NO.** P2639C -IN
**INVOICE DATE** 08/22/13
**ORDER NUMBER** P2639
**ORDER DATE** 10/28/13
**SALESPERSON** 0015
**CUSTOMER NO** 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton  CO 80128

**SHIP TO:**
Delivered
Oklahoma City, OK ISCL
Oklahoma County, OK
Ship Date: 08/16/13

**CONFIRM TO:**
John Podowski

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Oklahoma City | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: ROBINSON 4-1 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0     TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 2800.22 | 13.1000 | 36,682.88 |
| 05121700PHBAJ*J     TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 66.00 | .0000 | .00 |

Tallies attached.

| | | |
|---|---|---|
| **DUE DATE** 10/06/13 | **NET INVOICE** | 36,682.88 |
| **DISC. DATE** | **FREIGHT** | .00 |
| | **SALES TAX** | 3,072.19 |
| | **INVOICE TOTAL** | 39,755.07 |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

**Trident 320**

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

**INVOICE NO.** P2639D -IN
**INVOICE DATE** 08/29/13
**ORDER NUMBER** P2639
**ORDER DATE** 12/30/13
**SALESPERSON** 0015
**CUSTOMER NO** 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton   CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Coyle, OK OSCL
Logan County, OK
Ship Date: 08/27/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Coyle, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: BOSTAIN 17-3MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0   TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 9496.27 | 13.3300 | 126,585.28 |
| 05121700PHBAJ*J   TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 224.00 | .0000 | .00 |

Tallies attached.

**DUE DATE** 10/13/13
**DISC. DATE**

**NET INVOICE** 126,585.28
**FREIGHT** .00
**SALES TAX** 6,962.19
**INVOICE TOTAL** 133,547.47

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

**Trident 306**

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

PAGE 1

| | |
|---|---|
| INVOICE NO. | P2639E -IN |
| INVOICE DATE | 09/12/13 |
| ORDER NUMBER | P2639 |
| ORDER DATE | 12/30/13 |
| SALESPERSON | 0015 |
| CUSTOMER NO | 01-0002183 |
| | Daniel Nelson |

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton       CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Agra, OK OSCL
Lincoln County, OK
Ship Date: 09/09/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Agra, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: CLAY 21-2 WX

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 14036.31 | 13.3800 | 187,805.83 |
| 05121700PHBAJ*J    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 |

Tallies attached.

| | | | |
|---|---|---|---|
| **DUE DATE** | 10/27/13 | **NET INVOICE** | 187,805.83 |
| **DISC. DATE** | | **FREIGHT** | .00 |
| | | **SALES TAX** | 10,329.32 |
| | | **INVOICE TOTAL** | 198,135.15 |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

**Trident 288**

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

INVOICE NO. P2639F -IN
INVOICE DATE 09/13/13

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton   CO 80128

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 09/10/13

**CONFIRM TO:**
John Podowski

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease: MCGUIRE 17-1 MH | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*O       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *O | 10291.19 | 13.3100 | 136,975.74 |
| 05121700PHBAJ*J       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 243.00 | .0000 | .00 |
| Tallies attached. | | | |

**DUE DATE** 10/28/13
**DISC. DATE**

NET INVOICE   136,975.74
FREIGHT            .00
SALES TAX      7,277.52
INVOICE TOTAL  144,253.26

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

**Trident 262**

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE: 1

INVOICE NO. P2639G -IN
INVOICE DATE 09/23/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton  CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date:  9/18/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:  MCGUIRE 17-1 MH

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*O    TSB | | | |
|  5 1/2x17# HCP BTC A-JU BEST *O | 6153.69 | 13.4900 | 83,013.28 |
| 05121700PHBAJ*J    TSB | | | |
|  5 1/2x17# HCP BTC A-JU BEST *J | 145.00 | .0000 | .00 |

Tallies attached.

/OTLO
  Overtime Loadout                                                               700.00

*(handwritten: Jhuff  5003816)*

DUE DATE       11/07/13          NET INVOICE       83,713.28
DISC. DATE                        FREIGHT                .00
                                  SALES TAX         4,410.50
                                  INVOICE TOTAL    88,123.78

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

**Trident 249**

## INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

INVOICE NO. P2639H -IN
INVOICE DATE 09/26/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 09/23/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease: CLAY 28-1 MH | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*O      TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *O | 7883.65 | 13.2500 | 104,458.36 |
| 05121700PHBAJ*J      TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 185.00 | .0000 | .00 |
| Tallies attached. | | | |

| DUE DATE | 11/10/13 | NET INVOICE | 104,458.36 |
|---|---|---|---|
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 5,549.88 |
| | | INVOICE TOTAL | 110,008.24 |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

**Trident 231**

| | | |
|---|---|---|
| | INVOICE | PAGE |
| | | 1 |

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

INVOICE NO. P2639 I-IN
INVOICE DATE 10/11/13

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183

Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton       CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Stillwater, OK OSCL
Noble County, OK
Ship Date:   10/08/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Stillwater, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:   WEDEL 29-1 WX
AFE # D0189

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0         TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 4660.12 | 13.3400 | 62,166.00 |
| 05121700PHBAJ*J         TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 109.00 | .0000 | .00 |

Tallies attached.

| DUE DATE | | NET INVOICE | |
|---|---|---|---|
| | 11/25/13 | | 62,166.00 |
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 3,729.96 |
| | | INVOICE TOTAL | 65,895.96 |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

**Trident 221**

# INVOICE



**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

INVOICE NO. P2639J -IN
INVOICE DATE 10/23/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton  CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 10/21/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease: ETHRIDGE 36-2WX

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*0    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 14106.22 | 13.2100 | 186,343.17 |
| 05121700PHBAJ*J    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 |

Tallies attached.

| | | |
|---|---|---|
| DUE DATE | 12/07/13 | NET INVOICE    186,343.17 |
| DISC. DATE | | FREIGHT              .00 |
| | | SALES TAX       9,900.41 |
| | | INVOICE TOTAL  196,243.58 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

**Trident 205**

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE: 1

INVOICE NO. P2639K -IN
INVOICE DATE 10/31/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton                CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 10/29/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease: HOLDERREAD 34-4 MH | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*0    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 4039.04 | 13.4700 | 54,405.87 |
| 05121700PHBAJ*J    TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 95.00 | .0000 | .00 |
| Tallies attached. | | | |

**DUE DATE** 12/15/13
**DISC. DATE**

**NET INVOICE**  54,405.87
**FREIGHT**  .00
**SALES TAX**  2,890.58
**INVOICE TOTAL**  57,296.45

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

**Trident 194**



# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

PAGE 1

INVOICE NO. P2639L -IN
INVOICE DATE 11/01/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton     CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date: 10/30/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease: UBANK 11-2 WX | | | |
| AFE #: D0208 | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*0     TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 13544.90 | 13.2500 | 179,469.93 |
| 05121700PHBAJ*J     TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 321.00 | .0000 | .00 |
| Tallies attached. | | | |

DUE DATE  12/16/13
DISC. DATE

NET INVOICE    179,469.93
FREIGHT             .00
SALES TAX       9,535.24
INVOICE TOTAL  189,005.17

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

**Trident 179**