## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CALYX ENERGY, LLC, <br> (2) AMERICAN ENERGY – WOODFORD, LLC, <br>  Plaintiffs, <br> vs. <br> (3) TRIDENT STEEL CORPORATION, <br> (4) KEVIN BECKMANN, <br>  Defendants. | Case No. CIV-14-551-L |

## EXHIBIT 3

## PLAINTIFFS' OBJECTIONS TO AND MOTION FOR PROTECTIVE ORDER AND TO QUASH DEFENDANT'S DOCUMENT SUBPOENA TO HUNTER STEEL, LLC AND BRIEF IN SUPPORT

**FILED UNDER SEAL**