**EXHIBIT 1**

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700



PAGE 1

INVOICE NO. P2639D -IN
INVOICE DATE 08/29/13

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton         CO 80128

**SHIP TO:**
Delivered
Coyle, OK OSCL
Logan County, OK
Ship Date:  08/27/13

**CONFIRM TO:**
John Podowski

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Coyle, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|
| Lease:   BOSTAIN 17-3MH | | | |
| New API Oilwell Casing | | | |
| 05121700PHBAJ*0     TSB | | | |
|   5 1/2x17# HCP BTC A-JU BEST *0 | 9496.27 | 13.3300 | 126,585.28 |
| 05121700PHBAJ*J     TSB | | | |
|   5 1/2x17# HCP BTC A-JU BEST *J | 224.00 | .0000 | .00 |
| Tallies attached. | | | |

**APPROVED**
By John Podowski at 2:09 pm, Sep 12, 2013

THIS INVOICE HAS BEEN APPROVED
BY _____
DATE  9-9-13
COST CENTER  1200.130
ACCT CODE  F106

| DUE DATE | 10/13/13 | NET INVOICE | 126,585.28 |
|---|---|---|---|
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 6,962.19 |
| | | INVOICE TOTAL | 133,547.47 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

CALYX & AEW 141701



**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**INVOICE**



| | |
|---|---|
| PAGE | 1 |
| INVOICE NO. | P2639D -IN |
| INVOICE DATE | 08/29/13 |

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

| | |
|---|---|
| ORDER NUMBER | P2639 |
| ORDER DATE | 12/30/13 |
| SALESPERSON | 0015 |
| CUSTOMER NO | 01-0002183 |
| | Daniel Nelson |

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton            CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Coyle, OK OSCL
Logan County, OK
Ship Date: 08/27/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Coyle, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:  BOSTAIN 17-3MH

New API Oilwell Casing

```
05121700PHBAJ*0         TSB
   5 1/2x17# HCP BTC A-JU BEST *0      9496.27      13.3300      126,585.28

05121700PHBAJ*J         TSB
   5 1/2x17# HCP BTC A-JU BEST *J       224.00        .0000            .00
```

Tallies attached.

THIS INVOICE HAS BEEN APPROVED
BY _____
DATE  9-9-13
COST CENTER  1200.130
ACCT CODE  F106

| | | | |
|---|---|---|---|
| DUE DATE | 10/13/13 | NET INVOICE | 126,585.28 |
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 6,962.19 |
| | | INVOICE TOTAL | 133,547.47 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE **

CALYX & AEW 141702