# EXHIBIT 2

# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

PAGE 1

INVOICE NO. P2639J -IN
INVOICE DATE 10/23/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton          CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Perkins, OK OSCL
Payne County, OK
Ship Date:  10/21/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| See Lease | DEL | Perkins, OK | Net 45 Days |

| ITEM | QUANTITY SHIPPED | PRICE | AMOUNT |
|---|---|---|---|

Lease:   ETHRIDGE 36-2WX

New API Oilwell Casing

| | | | |
|---|---|---|---|
| 05121700PHBAJ*O       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *O | 14106.22 | 13.2100 | 186,343.17 |
| 05121700PHBAJ*J       TSB | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 |

Tallies attached.

| DUE DATE | | NET INVOICE | |
|---|---|---|---|
| | 12/07/13 | | 186,343.17 |
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 9,900.41 |
| | | INVOICE TOTAL | 196,243.58 |

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

Trident 205



# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton      CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Oklahoma City, OK ISCL
Oklahoma County, OK
Ship Date: 08/16/13

PAGE 1
INVOICE NO. P2639C -IN
INVOICE DATE 08/22/13
ORDER NUMBER P2639
ORDER DATE 10/28/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | |
|---|---|---|---|---|
| See Lease | DEL | Oklahoma City | Net 45 Days | |
| ITEM | | QUANTITY SHIPPED | PRICE | AMOUNT |

Lease: ROBINSON 4-1 MH

New API Oilwell Casing

| | | | | |
|---|---|---|---|---|
| 05121700PHBAJ*0     TSB 5 1/2x17# HCP BTC A-JU BEST *0 | | 2800.22 | 13.1000 | 36,682.88 |
| 05121700PHBAJ*J     TSB 5 1/2x17# HCP BTC A-JU BEST *J | | 66.00 | .0000 | .00 |

Tallies attached.

DUE DATE 10/06/13
DISC. DATE

NET INVOICE          36,682.88
FREIGHT                   .00
SALES TAX            3,072.19
INVOICE TOTAL        39,755.07

** NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.**

Trident 320



# INVOICE

**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110
St. Louis, MO 63131
Telephone: 314-822-0500 • Telefax: 314-984-8700

**Remit To:** TRIDENT STEEL CORP.
Post Office Box 798279
Saint Louis, MO 63179-8000

PAGE 1

INVOICE NO. P2639E -IN
INVOICE DATE 09/12/13
ORDER NUMBER P2639
ORDER DATE 12/30/13
SALESPERSON 0015
CUSTOMER NO 01-0002183
Daniel Nelson

**SOLD TO:**
Calyx Energy LLC
6901 S. Pierce Street
Suite 270
Littleton  CO 80128

**CONFIRM TO:**
John Podowski

**SHIP TO:**
Delivered
Agra, OK OSCL
Lincoln County, OK
Ship Date: 09/09/13

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS | | |
|---|---|---|---|---|---|
| See Lease | DEL | Agra, OK | Net 45 Days | | |
| ITEM | | QUANTITY SHIPPED | | PRICE | AMOUNT |

Lease:  CLAY 21-2 WX

New API Oilwell Casing

| | | | | |
|---|---|---|---|---|
| 05121700PHBAJ*0   TSB | | | | |
| 5 1/2x17# HCP BTC A-JU BEST *0 | 14036.31 | 13.3800 | 187,805.83 | |
| 05121700PHBAJ*J   TSB | | | | |
| 5 1/2x17# HCP BTC A-JU BEST *J | 332.00 | .0000 | .00 | |

Tallies attached.

| DUE DATE | 10/27/13 | NET INVOICE | 187,805.83 |
|---|---|---|---|
| DISC. DATE | | FREIGHT | .00 |
| | | SALES TAX | 10,329.32 |
| | | INVOICE TOTAL | 198,135.15 |

**\*\* NOTE: TERMS AND CONDITIONS OF SALE ARE LISTED ON REVERSE SIDE OF THIS INVOICE.\*\***

Trident 288