# EXHIBIT  6

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 1 of 21

14E

```
            WASHITA VALLEY ENTERPRISES, INC.      INVOICE # - 285502
                      P.O. BOX 94160              DATE ------- 11/12/13
                  OKLAHOMA CITY, OK  73143-4160   CUSTOMER # - 07659

                        405-670-5338

                     I N V O I C E

  CALYX ENERGY, LLC                   CUSTOMER PO # - AFE 00208
  6901 S. PIERCE STREET, STE 270      ORDERED BY ---- JOHN MUNDAY
  LITTLETON, CO  80128                LEASE NAME ---- EUBANKS 11-2 WX

                                      WORK PERFORMED AT - OKC        OK
                                      WORK TICKET # -      11218  11/03/13
                                      JOB NUMBER ----  11-13-14
                                      TERMS - NET DUE IN 30 DAYS
  SHIPPED TO-

  CALYX
  C/O WVEI
```

```
QUANTITY          DESCRIPTION OF WORK            UNIT PRICE          AMOUNT

                  USE OF TRUCK & TRAILER

   6.00    INBOUND UNLOADING FULL LOAD             100.00            600.00
   1.00    FREIGHT QUOTED BH                       330.00            330.00
   1.00    FREIGHT QUOTED BH                       330.00            330.00
   1.00    FREIGHT QUOTED BH                       330.00            330.00
   1.00    FREIGHT QUOTED BH                       330.00            330.00
   1.00    FREIGHT QUOTED BH                       330.00         .  330.00
   1.00    FREIGHT QUOTED BH                       330.00            330.00

                                       SUB TOTAL                  2,580.00
                                       STATE TAX                       .00
                                       COUNTY TAX                      .00
                                       CITY TAX                        .00

           LABOR ONLY                  PAY THIS AMOUNT            2,580.00

           64 JTS 5 1/2" A-20
           60 JTS 5 1/2" NJ-58
           60 JTS 5 1/2" NJ-58
           66 JTS 5 1/2" NJ-58
           48 JTS 5 1/2" NJ-58
           47 JTS 5 1/2" A-20

           PICKED UP AT LOCATION NEAR CUSHING, OK
           DELIVERED TO WVEI OKC
```



POSTED

**WASHITA 000501**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 2 of 21

**PRESS HARD - YOU ARE MAKING 6 COPIES**

## BILL OF LADING

11218

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date _11-3-13_
Customer P.O. # _AFE 00208_
Ordered By _John Munday_
Lease/Rig # _Eubanks M-2WX_
Job # _11-13-14_
Reference # _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interessed in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _WVE_           Truck # _505/68H_

Picked Up Location: _Cushing, OK_

From: _Calyx_           Lease/Rig # _Eubanks 11-2WX Nomac 39_

Consigned To: _Calyx Energy C/o Washita Wally Enterprises, Inc._

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 400 | 5 ½" | | KTJ-58 |
| 100 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: _Robert J Mill_   _Michael N_   Date: _4/8/13_   _4/4/13_

WVE1 13-536

**WASHITA 000502**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 3 of 21

# BILL OF LADING

**Washita Valley Enterprises, Inc.**

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date _11-3-13_
Customer P.O. # _AFE 00208_
Ordered By _____
Lease/Rig # _Eubanks 11-2wx_
Job # _11-13-14_
Reference # _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _WVE1_       Truck # _____
Picked Up Location: _Cushing, OK_
From: _Calyx_         Lease/Rig #: _Eubanks 11-2wx_
Consigned To: _____

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 48 | 5 1/2 | | |
| 40 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: _____   Date: _11/3/13_
WVEI 13-536

Summary:
64 to 5 1/2" casing   A-20
60 to 5 1/2" casing   NT58
60 to 5 1/2" casing   NT58
66 to 5 1/2" CASING   NJ58
48 to 5 1/2" CASING   NJ58    200
4 to 5 1/2" casing    A-20    195
Picked up location near
Cushing, OK + delivered to WEI OKC, OK
        CALYX

725-TRKS   500/505   #   #
LBS.
RATES   Quoted B#
TOTALS   $ 330.00
700-OUTBOUND
750-INBOUND   6 X $100 = $600
998-MISC.

WASHITA 000503
White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 4 of 21

**PRESS HARD - YOU ARE MAKING 6 COPIES**

## BILL OF LADING

54625

Date 11-3-2013  102305
Customer P.O. # AFC D0208
Ordered By Doug Jones John M
Lease/Rig # Eubanks 11-2wx
Job # 11-13-14

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Reference # _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI                                    Truck # 510/717

Picked Up Location: Cushing OK

From: CALYX                                     Lease/Rig #: Eubanks N-2wx

Consigned To: Calyx

C/o Washita Valley OKC yard

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 64 | 5 ½" |  | A-20 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Received By: Michael N                         Date: 11/4/13

**WASHITA 000504**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 5 of 21

## BILL OF LADING

**54625**

# Washita Valley Enterprises, Inc.

P.O. Box 94160 · Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date _11-3-2013  10230S_
Customer P.O. # _ASC 00208_
Ordered By _Doug Jones / John M_
Lease/Rig # _Eubanks 11-2WX_
Job # _11-13-14_
Reference # _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _WVET_                                   Truck # _510/717_
Picked Up Location: _Cushing OK_
From: _CALYX_                              Lease/Rig #: _Eubanks 11-2WX_
Consigned To: _Calyx_
_C/o Washitavalley OKC yard_

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 64 | 5 ½" | | A 30 |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: _Michael N_                          Date: _11/4/13_

| Summary: | | |
|----------|---|---|
| | 725-TRKS _500_ _#538_ | # |
| | LBS. | |
| | RATES _Quoted B/L_ | |
| | TOTALS _$330.00_ | |
| | 700-OUTBOUND | |
| | 750-INBOUND | |
| | 998-MISC. | |

WVEI 203 11/07

**WASHITA 000505**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 6 of 21

**PRESS HARD - YOU ARE MAKING 6 COPIES**

**11530**

## BILL OF LADING

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date _11-3-13_
Customer P.O. # _AFE OO208_
Ordered By _Doug Jones/John M._
Lease/Rig # _Eubanks 11-2wX_
Job # _11-13-14_
Reference # _Nomac Rig #39_

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interessed in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Offical, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _WUEI_                          Truck #: _515 / T585_
Picked Up Location: _Cushing, DK_
From: _Calyx Energy_                     Lease/Rig #: _Eubanks 11-2wX_
Consigned To: _Calyx/o WUEI yard_
_OKC, OK_

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 48 | | 5'6" 13# P110 | NJ-58 |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: _Michael N._                Date: _11-4/13_

WEI 13-536

**WASHITA 000506**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 7 of 21

## BILL OF LADING

**11530**

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11-3-13
Customer P.O. #: AFE 0020
Ordered By: _____
Lease/Rig #: Eubanks #201
Job #: 11-13-14
Reference #: _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier, in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination. If on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _____     Truck #: 515/558

Picked Up Location: _____

From: _____     Lease/Rig #: Eubanks 11-20 X

Consigned To: _____

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
|        |         |             |        |
|        |         |             |        |
|        |         |             |        |
|        |         |             |        |
|        |         |             |        |

Received By: _____     Date: _____
WVEI 13-538

Summary: _____

725-TRKS: 500/515
LBS.: _____
RATES: Quoted BH
TOTALS: $330.00
700-OUTBOUND: _____
750-INBOUND: _____
998-MISC.: _____

**WASHITA 000507**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 8 of 21

## BILL OF LADING

10803

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date _11-3-13_
Customer P.O. # _AFE D0208_
Ordered By _Calyx John M_
Lease/Rig # _Calyx  Nomac 39_
Job # _11-13-14_
Reference # _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _WVEI_                               Truck #: _528 - 594T_
Picked Up Location: _Cushing DK_
From: _Calyx_                                  Lease/Rig #: _Nomac 39_
Consigned To: _WVEI Yard 200   1701 SE 59th  Oklahoma City, OK_

_Backhaul_

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 60 | | 5½" 17# P/10 BT+C ERW R3 CSG | NJ58 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: _Michael N_                      Date: _11/4/13_
WVEI 13-538

**WASHITA 000508**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 9 of 21

# BILL OF LADING

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: _7-3-13_
Customer P.O. #: _AFE D0208_
Ordered By: _Calyx John M._
Lease/Rig #: _Calyx #38 Nowa 39_
Job #: _11-13-14_
Reference #: _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _WVE_                          Truck #: _528 - 594T_
Picked Up Location: _Cushing Dr_
From: _Calyx_                           Lease/Rig #: _Nowa 39_
Consigned To: _WVE Yard 200   1701 SE 59th   Oklahoma City, Ok_

_Backhaul_

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 60 | | 5½" 17# P110 BTC ERW 53 CSG | |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: _____          Date: _____
WVEI 13-538

Summary: _____     725-TRKS _280/528_    # ____    # ____
_____              LBS. _____
_____              RATES _Quoted B H_
_____              TOTALS _$330⁰⁰_
_____              700-OUTBOUND _____
_____              750-INBOUND _____
_____              998-MISC. _____

WASHITA 000509

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 10 of 21

**PRESS HARD - YOU ARE MAKING 6 COPIES**

## BILL OF LADING

11644

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11-3-13     1020305
Customer P.O. #: AFE 00208
Ordered By: DOUG JONES
Lease/Rig #: NO MAC 39
Job #: EUBANKS 11-2 WX
Reference #: 11-13-14

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI          Truck #: 541  T 592
Picked Up Location: EUBANKS 11-2 WX   Cushing
From: Cushing OK Calyx          Lease/Rig #: NOMAC 39
Consigned To: CALYX / WVEI  OKC     EUBANKS 11-2 WX

| Joints | Footage | | Description | | Rack # |
|--------|---------|--|-------------|--|--------|
| 66 | | 5½  17.00#  BTC | | | NJ-58 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Received By: Michael N.          Date: 11/4/13
WVEI 13-536

**WASHITA 000510**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 11 of 21

# BILL OF LADING

**11644**

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date _11-3-13_ _102305_
Customer P.O. # _ASE D0208_
Ordered By _Doug Jones_
Lease/Rig # _NOMAC 37_
Job # _Eubanks 11.2 WX_
Reference # _11-13-14_

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _WVEI_                                Truck # _541  T 592_
Picked Up Location: _Eubanks 11.2WX  Cushing_
From: _Cushing OK  CALYX_                     Lease/Rig #: _NOMAC 37_
Consigned To: _CALYX / WVEI  OTC  Eubanks 11.2WX_

| Joints | Footage | | Description | | Rack # |
|--------|---------|---|-------------|---|--------|
| 66 | | 15½  17.00# | ETC | | NT-58 |
| | | | | | |
| | | | | | |
| | | | | | |

Received By: _Michael M_                                Date: _11/4/13_

WVEI 13-536

| Summary: | | |
|----------|---|---|
| | 725-TRKS _500/541_ | # _____ # _____ |
| | LBS. | |
| | RATES _Quoted RH_ | |
| | TOTALS $_330.00_ | |
| | 700-OUTBOUND | |
| | 750-INBOUND | |
| | 998-MISC. | |

**PRESS HARD - YOU ARE MAKING 6 COPIES**

## BILL OF LADING

11570

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date 11-3-13   1230S
Customer P.O. # AFE D0208
Ordered By John Munday
Lease/Rig # Eubanks Nomac 39
Job # 11-13-14
Reference

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEZ   Truck # 562   602
Picked Up Location: cushion oh W cushing, OK
From: Cal44   Lease/Rig #:
Consigned To: Cal4 x C/o WVEZ OKC, OK

Jct hwy 33 + 18 1 mile soo 74 To 9th East 1/4 north into

BACk Haul

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 47 | 5½ | | A20 |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: Michael N   Date: 11/4/13

WVEI 13-936

WASHITA 000512

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 13 of 21

## BILL OF LADING

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date **11-3-13**    12305
Customer P.O. # **1 AFE D0208**
Ordered By **John Munday**
Lease/Rig # **Eubank Nomac 39**
Job # **11-13-14**
Reference # _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Offical, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: **WVEI**                          Truck # **561    602**
Picked Up Location: **Cushion c/w Cushing, OK**
From: **Calyx**                          Lease/Rig #:
Consigned To: **Calyx C/o WVEI OKC, OK**

**Jct hwy 33 + 18 1mile South to 9th CALX 1/4 north 1810**

**Back Haul**

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 117 | 5½ |  | A-10 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Received By: _____    Date: _____
WVEI 13-538

Summary: _____    725-TRKS **500/567**    # _____    # _____
_____    LBS. _____
_____    RATES $ **Quoted BH**
_____    TOTALS $ **330** ⁰⁰
_____    700-OUTBOUND _____
_____    750-INBOUND _____
_____    998-MISC. _____

WASHITA VALLEY ENTERPRISES, INC.

CUSTOMER RECEIVING REPORT --- # 601000551

FACILITY --=-- 200 OKLAHOMA CITY- 1701 SE 59

JOB# ---------- 11-13-14

DATE RECEIVED - 11/04/13

CUSTOMER -=--- CALYX ENERGY, LLC                    PO#

ORDERED BY --- JOHN M                               REF#-

LEASE/ORIGIN - EUBANKS 11-2WX


WELL FAILURE- HOLD FOR INSTRUCTIONS

| JOINTS | FOOTAGE | MATERIAL DESCRIPTION | | TO BE DONE | RACK# | TRUCKING CO. | TRUCK ID |
|--------|---------|----------------------|---------|-----------|-------|--------------|----------|
| 64 | 5 1/2" | CASING | ***WIP*** | HOLD | A20 | WVEI | 510 |
| 60 | 5 1/2" | CASING | ***WIP*** | HOLD | NJ58 | WVEI | 505 |
| 60 | 5 1/2" | CASING | ***WIP*** | HOLD | NJ58 | WVEI | 528 |
| 66 | 5 1/2" | CASING | ***WIP*** | HOLD | NJ58 | WVEI | 541 |
| 48 | 5 1/2" | CASING | ***WIP*** | HOLD | NJ58 | WVEI | 515 |
| 47 | 5 1/2" | CASING | ***WIP*** | HOLD | A20 | WVEI | 562 |
| 345 | | **ITEM TOTAL** | | | | | |

750 - INBOUND UNLOADING 200-195    600 ⁰⁰

OTHER

**WASHITA 000514**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 15 of 21

## WASHITA VALLEY ENTERPRISES INC. INBOUND

DATE: **11/4/13**     TRUCKING COMPANY: **Wuei 561-717T**

CUSTOMER: **Calyx**

ORDERED BY: **John M.**

REFERENCE #'s _____

LOCATION IN FROM: **Eubanks 11-2WX**

JOB # **11-13-14**

JOINT COUNT AND DESCRIPTION: **64-5½ 17# P-110 BTC**

STOCK: [ ]     RACK # **A-20**

WIP: [ ]

### WORK TO BE PERFORMED

| CVD/REPAIR AS NEEDED | [ ] | F/S THREAD | [ ] |
| HUBCITY | [ ] | HYDROTEST | [ ] |
| SEA/FLD | [ ] | DRILL PIPE/INSPECTION | [ ] |
| | | EMI | [ ] |

OTHER: _____

LIFT DRIVER AND #: **Michael 195**

NOTES: **Failure - HOLD FOR INSTRUCTION**

**WASHITA 000515**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 16 of 21

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11/4/13     TRUCKING COMPANY: Wvei 505/69 IT

CUSTOMER: Calyx

ORDERED BY: John M.

REFERENCE #'s _____

LOCATION IN FROM: Eubanks 11-2wx

JOB # 11-13-14

JOINT COUNT AND DESCRIPTION: 100 5½ 17# P110 BTC
60

STOCK: [ ]     RACK # NJ-00058

WIP: [ ]

**WORK TO BE PERFORMED**

| | | |
|---|---|---|
| CVD/REPAIR AS NEEDED [ ] | F/S THREAD [ ] | |
| HUBCITY [ ] | HYDROTEST [ ] | |
| SEA/FLD [ ] | DRILL PIPE/INSPECTION [ ] | |
| | EMI [ ] | |

OTHER: _____

LIFT DRIVER AND #: Michael 195

NOTES: Failure - HOLD FOR INSTRUCTION

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11/4/13        TRUCKING COMPANY: Wvei 518/594T

CUSTOMER: Calyx

ORDERED BY: John M.

REFERENCE #'s

LOCATION IN FROM: Eubanks 11-2WX

JOB # 11-13-14

JOINT COUNT AND DESCRIPTION: 60 - 5½" 17#/-110 BTC

STOCK: [          ]        RACK # NJ-58

WIP: [          ]

**WORK TO BE PERFORMED**

| | | | |
|---|---|---|---|
| CVD/REPAIR AS NEEDED | [          ] | F/S THREAD | [          ] |
| HUBCITY | [          ] | HYDROTEST | [          ] |
| SEA/FLD | [          ] | DRILL PIPE/INSPECTION | [          ] |
| | | EMI | [          ] |

OTHER:

LIFT DRIVER AND #: Michael 195

NOTES: Failure - HOLD FOR INSTRUCTION

## WASHITA VALLEY ENTERPRISES INC. INBOUND

DATE: __11/4/13__   TRUCKING COMPANY: __Wuei  shi/592T__

CUSTOMER: __Calyx__

ORDERED BY: __John M.__

REFERENCE #'s _____

LOCATION IN FROM: __Eubanks 11-2WX__

JOB # __11-13-14__

JOINT COUNT AND DESCRIPTION: __66 - 5½ 17# P110 BTC__

STOCK: [ ]    RACK # __NJ-58__

WIP: [ ]

## WORK TO BE PERFORMED

CVD/REPAIR AS NEEDED [ ]    F/S THREAD [ ]

HUBCITY [ ]    HYDROTEST [ ]

SEA/FLD [ ]    DRILL PIPE/INSPECTION [ ]

EMI [ ]

OTHER:

LIFT DRIVER AND #: __Michael 195__

NOTES: __Failure - HOLD FOR INSTRUCTION__

**WASHITA 000518**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 19 of 21

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11/4/13  TRUCKING COMPANY: Wvei 515/585 T

CUSTOMER: Calyx

ORDERED BY: John M.

REFERENCE #'s

LOCATION IN FROM: Eubanks 11-2WX

JOB # 11-13-14

JOINT COUNT AND DESCRIPTION: 48-5½ 17# P-110 Btc

STOCK: [ ]  RACK # NJ-58

WIP: [ ]

**WORK TO BE PERFORMED**

| | | | |
|---|---|---|---|
| CVD/REPAIR AS NEEDED | [ ] | F/S THREAD | [ ] |
| HUBCITY | [ ] | HYDROTEST | [ ] |
| SEA/FLD | [ ] | DRILL PIPE/INSPECTION | [ ] |
| | | EMI | [ ] |

OTHER:

LIFT DRIVER AND #: Michael 195

NOTES: Failure - HOLD FOR INSTRUCTION

**WASHITA 000519**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 20 of 21

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11/4/2013     TRUCKING COMPANY: WVEt 862/602

CUSTOMER: CALYX

ORDERED BY: _____

REFERENCE #'s _____

LOCATION IN FROM: EUBANKS 11-2WX

JOB # 11-13-13

JOINT COUNT AND DESCRIPTION: 47 5½ 17# P/10 BtC

_____

_____

_____

STOCK: [    ]     RACK # A-20

WIP: [    ]

### WORK TO BE PERFORMED

CVD/REPAIR AS NEEDED [    ]     F/S THREAD [    ]

HUBCITY [    ]     HYDROTEST [    ]

SEA/FLD [    ]     DRILL PIPE/INSPECTION [    ]

              EMI [    ]

OTHER: _____

LIFT DRIVER AND #: Michael 195

NOTES: Hold for instruction

**WASHITA 000520**

White Star's Motion for
Partial Summary Judgment
Exhibit "6"
Page 21 of 21