# EXHIBIT  7

```
              WASHITA VALLEY ENTERPRISES, INC.     INVOICE # - 287202
                     P O. BOX 94160                DATE ------- 11/22/13
               OKLAHOMA CITY, OK  73143-4160       CUSTOMER # - 70754

                       405-670-5338

                   I N V O I C E

     TRIDENT STEEL                    CUSTOMER PO # - VERBAL
     12825 FLUSHING MEADOWS DRIVE     ORDERED BY ---- MATT PLACE
     SUITE 110                        LEASE NAME ---- EUBANKS 11-2WX
     ST LOUIS, MO  63131-2050
                                      WORK PERFORMED AT - OKC        OK
                                      WORK TICKET # -  601000902  11/14/13
                                      JOB NUMBER ----   11-13-128
                                      TERMS - NET DUE IN 30 DAYS

     ---------------------------------------------------------------------
     QUANTITY      DESCRIPTION OF WORK          UNIT PRICE       AMOUNT
     ---------------------------------------------------------------------


        1.00     INBOUND UNLOADING FULL LOAD         100.00        100.00
                                                              -------------
                                          SUB TOTAL              100.00
                                          STATE TAX                 .00
                                          COUNTY TAX                .00
                                          CITY TAX                  .00
                                                              -------------
                  LABOR ONLY             PAY THIS AMOUNT         100.00

           10 JTS 521' 5 1/2" 17# P-110 BTC USED R3 CSG A-20
```



WASHITA_000021

WASHITA VALLEY ENTERPRISES, INC.

CUSTOMER RECEIVING REPORT --- # 601000905

FACILITY ------- 200 OKLAHOMA CITY- 1701 SE 59

JOB# ----------- 11-13-128

DATE RECEIVED - 11/14/13

CUSTOMER ------ TRIDENT STEEL                          PO#--

ORDERED BY --- MATT PLACE                              REF#-

LEASE/ORIGIN - EUBANKS 11-2WX

| OINTS | FOOTAGE | MATERIAL DESCRIPTION | TO BE DONE | RACK# | TRUCKING CO. | TRUCK ID |
|-------|---------|---------------------|-----------|-------|-------------|----------|
| 13 | 521 | 5 1/2"17#  P-110 BT&C USED R-3 CSG<br>PROBLEM STRING | HELD  STOCK | A20 | TURNER BROTHERS | 1321 |

50 - INBOUND UNLOADING 200-195 _____

THER _____

WASHITA_000022

70754

## WASHITA VALLEY ENTERPRISES INC. INBOUND

DATE: 11/14/13          TRUCKING COMPANY: Turner Bros          1321

CUSTOMER: Trident

ORDERED BY: Matt Place

REFERENCE #'s: Eubanks 11-2WX

LOCATION IN FROM:

JOB #: 11-13-128

JOINT COUNT AND DESCRIPTION: 11 @ - 5½ 17# P.110 BTC 2-c/0

STOCK: [X]          RACK #: A-20

WIP: [  ]

## WORK TO BE PERFORMED

CVD/REPAIR AS NEEDED [  ]          F/S THREAD [  ]

HUBCITY [  ]          HYDROTEST [  ]

SEA/FLD [  ]          DRILL PIPE/INSPECTION [  ]

                                    EMI [  ]

OTHER:

LIFT DRIVER AND #: Michael 195

NOTES:

WASHITA_000023

# STRAIGHT BILL OF LADING

**TURNER BROS. TRUCKING, LLC**
PO Box 83017 · 2000 S. May Ave. · Oklahoma City, OK 73148-1017

NO: **135778**

SHORT FORM - Original    Date
Not Negotiable    11-13-13

Received, subject to the Terms and Conditions set out below: The property described below in apparent good order except as noted (condition of content of package unknown), marked, consigned and destined as indicated below, which the above indicated Carrier agrees to carry. It shall be the responsibility of the Shipper to load, weigh and count all articles rendered for shipment and to insure that the cargo will withstand the normal rigors of transportation by motor carrier, without special precautionary measures, and may be transported safely and without damage. If requested Carrier will tarp the cargo (and assess tarp charges) for shipments moving on open-bed trailer equipment.

FROM: (Shipper's Name) _Nomac Drilling — Hunter Steel_
Street Address _Perkins, OK_    _Eubanks Rig 39_
TO: (Consignee's Name) _Washita Valley Pipe_    _Hunter Steel_
Street Address    City, State and Zip _OKC la OK_

| Number of Packages HM | X | Kind of Package/Description of Article (Special Marks and Exceptions) | Weight (Subject to Correction) | Class or Rate | OK COL |
|---|---|---|---|---|---|
| 17 joints 5½ | | 7.00 P110 BTC | "Good" | | |
| 13 joints 5½ | | 17.00 Trident | "Bad" | | |

_Back Haul_

| | DATES | HOURS WORKED | |
|---|---|---|---|
| LOAD | | | TRACTOR NO: 1321 |
| UNLOAD | | | TRAILER NO: 2321 |
| HOURLY | | | JOB NO: 099056 |
| MILEAGE | | | |

CREDIT & PAYMENT **PAY ONLY TURNER BROS. TRUCKING, LLC** Freight charges not paid within 30 days of presentation of freight bill shall be subject to a service charge of 1.5% per month (18% per annum) on the unpaid balance of the maximum allowable rate, whichever is less. Party responsible for charges agrees to pay all costs for collection of unpaid charges, including legal fees should such action be necessary.

**CARRIER LIABILITY FOR LOSS AND/OR DAMAGE TO CARGO IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE.**
NOTE: CARRIER'S LIABILITY FOR LOSS AND DAMAGE TO ANY ARTICLE OR PACKAGE TRANSPORTED SHALL BE LIMITED TO THE LESSER OF $100,000.00 OR $1.00 (ONE DOLLAR) PER POUND FOR USED MACHINERY OR $2.50 (TWO AND 50/100 DOLLARS) PER POUND FOR ALL OTHER ARTICLES OF CARGO WEIGHT AS SPECIFIED IN CARRIER'S GOVERNING RULES TARIFF. TO DECLARE A VALUE GREATER THAN $1.00 OR $2.50 PER POUND, SHIPPER MUST CONTACT CARRIER FOR AN ALTERNATIVE RATE QUOTE, SIGN AND RETURN RATE QUOTE TO TURNER BROS. TRUCKING, LLC AND ALSO DECLARE SUCH VALUATION HERE _____ BY _____, FAILURE TO RETURN SIGNED WRITTEN ALTERNATIVE RATE QUOTE TO CARRIER AND PAY FOR GREATER VALUE CHARGES WILL REVERT CARRIER'S LIABILITY TO THE LESSER OF $100,000.00 OR $1.00 OR $2.50 PER POUND.
Carrier shall not be liable for any special, indirect, incidental, liquidated or consequential damages. Carrier's maximum liability for delay for any cause, whatsoever and regardless of the form of action (in contract or tort), shall be limited solely to the amount of freight charges on the shipment which is the basis for such claim. Tariff available at inquiry@turnerbros.com.

Subject to Section 7 of Conditions. If the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.    Signature of Consignor: _____

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation. UNLESS OTHERWISE NOTED, PACKAGE DOES NOT CONTAIN HAZARDOUS MATERIALS PROPERLY PLACARDED IN ACCORDANCE WITH 49CF172.504. **Shipment released and Pick-up Acknowledged**

X _____
Shipper Company Name    Shipper's Agent    Title

Driver's signature acknowledge only receipt of the above by _____
Driver Signature X _____    Date: 11-13-13

RECEIVED THE ABOVE DESCRIBED PROPERTY UNDER THE TERMS OF THIS BILL OF LADING AND IN GOOD CONDITION, EXCEPT AS OTHERWISE NOTED.
Company: _____    Consignee: @ _____    Title: _____

Turner Bros. Trucking, LLC    Straight Bill of Lading    03-15-20

WASHITA_000024