# EXHIBIT 8

White Star's Motion for
Partial Summary Judgment
Exhibit "8"
Page 1 of 9

```
                    WASHITA VALLEY ENTERPRISES, INC.     INVOICE # - 286031
Z1C                       P. O. BOX 94160                DATE -------- 11/15/13
                    OKLAHOMA CITY, OK  73143-4160        CUSTOMER # - 07659
                              405-670-5338
                              I N V O I C E

    CALYX ENERGY, LLC                      CUSTOMER PO # - VERBAL
    6901 S. PIERCE STREET, STE 270         ORDERED BY ---- JOHN MUNDY
    LITTLETON, CO  80128                   LEASE NAME ---- HOLDER READ 34-4MH

                                           WORK PERFORMED AT - OKC          OK
                                           WORK TICKET # -      46344  11/04/13
                                           JOB NUMBER ----  11-13-25
                                           TERMS - NET DUE IN 30 DAYS
    SHIPPED TO-

    CALYX
    C/O WVEI OKC, OK

    ---------------------------------------------------------------------------
    QUANTITY       DESCRIPTION OF WORK              UNIT PRICE         AMOUNT
    ---------------------------------------------------------------------------

                         USE OF TRUCK & TRAILER

    1.00      FREIGHT QUOTED                          396.00           396.00
    2.00      INBOUND UNLOADING FULL LOAD             100.00           200.00
    1.00      FREIGHT QUOTED BH                       396.00           396.00
                                                                      --------
                                              SUB TOTAL                992.00
                                              STATE TAX                   .00
                                              COUNTY TAX                  .00
                                              CITY TAX                    .00
                                                                      --------
              LABOR ONLY                      PAY THIS AMOUNT          992.00

          39JTS 5 1/2"   EOOW
          40JTS 7"       EOOW
          PICKED UP AT LOCATION NEAR CUSHING, OK AND DELIVERED TO
          WVEI OKC, OK.
```



WASHITA 000699

White Star's Motion for
Partial Summary Judgment
Exhibit "8"
Page 2 of 9

# BILL OF LADING

PRESS HARD - YOU ARE MAKING 6 COPIES

46344

B/H

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11-4-13          102345-5
Customer P.O. #
Ordered By: John Mundy
Lease/Rig #: Holder Road, 34-4MH
Job #: 11-13-25
Reference #: Nomac 41

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI                    Truck #: 544  555T
Picked Up Location: Cushing, OK
From: Calyx / Holder Road, 34-4MH         Lease/Rig #: Holder Road, 34-4MH
Consigned To: Calyx % WVEI    Okla City, OK

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 40 | | 7" 26# P110 BTC | 4th runners Eagle well |

Received By: [signature] Michael L Backhaul     Date: 11/05/13

WASHITA 000700

White Star's Motion for
Partial Summary Judgment
Exhibit "8"
Page 3 of 9

# BILL OF LADING

**46344**

102315-5

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

B/H

Date: 11-4-13
Customer P.O. #
Ordered By: John Mandy
Lease/Rig #: Holder Road, 34-4m 1+
Job #: 11-13-25
Reference #: Firmac 41

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WWEI
Truck #: 544 555T
Picked Up Location: Cushing, OK
From: Calyx / Holder Road 34-4MH
Lease/Rig #: Holder Road 34-4MH
Consigned To: Calyx % WWEI   Okla City, OK

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 40 | | 7" 26# P110 BTC | 4+ runners E oil well |

Received By: [signature] Michael L   Date: 11/25/13
Backhaul

Summary:
39 jts 5 1/2" EOOW
40 jts 7" EOOW

Picked up at location near Cushing, OK & delivered to WWEI OKC

CALYX

725-TRKS: 500 544
LBS.
RATES: Quoted
TOTALS: 396.00
700-OUTBOUND: 200
750-INBOUND: 2 x $100 = $200
998-MISC: 191

WVEI 203 11/07

WASHITA 000701

White Star's Motion for
Partial Summary Judgment
Exhibit "8"
Page 4 of 9

# BILL OF LADING

PRESS HARD - YOU ARE MAKING 6 COPIES

70781
102345-1

B/H

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11/04/13
Customer P.O. #
Ordered By: Rick John Munday
Lease/Rig #: Holderread 34-4 1AH
Job #: 11-13-25
Reference #

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI  Truck #: 507/559
Picked Up Location: Cushing, OK
From: Calyx  Lease/Rig #:
Consigned To: Calyx C/O WVEI OKC, OK yd 275

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 39 | | 8 1/2" | 406 runners |
| | | | E. oilwell |

Received By: [signature] Michael C  Date: 11/03/13

WASHITA 000702
White Star's Motion for
Partial Summary Judgment
Exhibit "8"
Page 5 of 9

# BILL OF LADING

**70781**

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11/?/13    10345-1
Customer P.O. #:
Ordered By: John Munday
Lease/Rig #: Holderread
Job #: 11-13-25
Reference #:

B/H

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI        Truck #: 507/559
Picked Up Location: Cushing, OK
From: ~~NYK~~                      Lease/Rig #:
Consigned To: WVEI OKC, OK yd 215

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 39 | 8 1/2" | | 406 runners |
| | | | E oil well |

Received By: [signature]    Michel C    Date: 11/03/13

Summary:
725-TRKS 500 507    #    #
LBS.
RATES  Quoted BH
TOTALS  $396.00
700-OUTBOUND
750-INBOUND
998-MISC.

WASHITA 000703

White Star's Motion for
Partial Summary Judgment
Exhibit "8"
Page 6 of 9

WASHITA VALLEY ENTERPRISES, INC.
CUSTOMER RECEIVING REPORT --- # 601000570

FACILITY ------- 200 OKLAHOMA CITY- 1701 SE 59
JOB# ---------- 11-13-25
DATE RECEIVED - 11/05/13

USTOMER ------ CALYX ENERGY, LLC          PO#
RDERED BY --- JOHN MUNDAY                 REF#-
EASE/ORIGIN - HOLDERREAD 34-4MH

OLD FOR INSTRUCTIONS

| INTS | FOOTAGE | MATERIAL DESCRIPTION | | TO BE DONE | RACK# | TRUCKING CO. | TRUCK ID |
|---|---|---|---|---|---|---|---|
| 39 | 5 1/2" | CASING | ***WIP*** | HOLD | EOOW | WVEI | 507 |
| 40 | 7" | CASING | ***WIP*** | HOLD | EOOW | WVEI | 544 |

0 - INBOUND UNLOADING 200-191   $200.00

HER

WASHITA 000704

White Star's Motion for
Partial Summary Judgment
Exhibit "8"
Page 7 of 9

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11-5-13    TRUCKING COMPANY: Wvei 544/555T

CUSTOMER: Calyx

ORDERED BY: John Munday

REFERENCE #'s

LOCATION IN FROM: Holder Road 34-4mH

JOB # 11-13-25

JOINT COUNT AND DESCRIPTION: 40-7" 26.00 P-110 BTC

STOCK: ☐
WIP: ☑

RACK #: 4th runners E. oil well

**WORK TO BE PERFORMED**

| | | |
|---|---|---|
| CVD/REPAIR AS NEEDED ☐ | F/S THREAD ☐ |
| HUBCITY ☐ | HYDROTEST ☐ |
| SEA/FLD ☐ | DRILL PIPE/INSPECTION ☐ |
| | EMI ☐ |

OTHER:

LIFT DRIVER AND #: Michael L 191

NOTES: Hold for instructions "Failure"

WASHITA 000705

White Star's Motion for
Partial Summary Judgment
Exhibit "8"
Page 8 of 9

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11-5-13    TRUCKING COMPANY: Wve. 507/5595

CUSTOMER: Calyx

ORDERED BY: John Munday

REFERENCE #'s: _____

LOCATION IN FROM: Holder Road 34-4mN

JOB #: 11-13-25

JOINT COUNT AND DESCRIPTION: 37-5½ 17.00 P-110 HC BTC

STOCK: [ ]        RACK #: 4th runner E oil well
WIP: [ ]

**WORK TO BE PERFORMED**

CVD/REPAIR AS NEEDED [ ]     F/S THREAD [ ]
HUBCITY [ ]                  HYDROTEST [ ]
SEA/FLD [ ]                  DRILL PIPE/INSPECTION [ ]
                             EMI [ ]
OTHER: _____

LIFT DRIVER AND #: Michael C 191

NOTES: "Failure Hold"

WASHITA 000706
White Star's Motion for Partial Summary Judgment
Exhibit "8"
Page 9 of 9