# EXHIBIT 9

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 1 of 18

21D

```
            WASHITA VALLEY ENTERPRISES, INC.    INVOICE # - 286032
                      P. O. BOX 94160           DATE ------- 11/15/13
                 OKLAHOMA CITY, OK  73143-4160  CUSTOMER # - 07659

                          405-670-5338
                          I N V O I C E

       CALYX ENERGY, LLC                CUSTOMER PO # - AFE D0205
       6901 S. PIERCE STREET, STE 270   ORDERED BY ----- JON MUNDAY
       LITTLETON, CO  80128             LEASE NAME ----- HOLDER READ 34-4MH

                                        WORK PERFORMED AT - OKC         OK
                                        WORK TICKET # -      70577  11/04/13
                                        JOB NUMBER ----   11-13-25
                                        TERMS - NET DUE IN 30 DAYS
       SHIPPED TO-

       CALYX
       C/O WVEI OKC, OK


       QUANTITY       DESCRIPTION OF WORK         UNIT PRICE         AMOUNT


                     USE OF TRUCK & TRAILER

         1.00      FREIGHT QUOTED                    600.00          600.00
         4.00      INBOUND UNLOADING FULL LOAD       100.00          400.00
         1.00      FREIGHT QUOTED                    600.00          600.00
         1.00      FREIGHT QUOTED                    600.00          600.00
         1.00      FREIGHT QUOTED                    600.00          600.00
         1.00      FORKLIFT                          800.00          800.00

                                              SUB TOTAL            3,600.00
                                              STATE TAX                 .00
                                              COUNTY TAX                .00
                                              CITY TAX                  .00

                LABOR ONLY                    PAY THIS AMOUNT      3,600.00

       45JTS 5 1/2" CASING EOOW
       45JTS 5 1/2" CASING EOOW
       40JTS 7" CASING 4TH RUNNER EAST OF OIL WELL EOOW
       40JTS 7" CASING EOOW
       PICKED UP AT LOCATION NEAR CUSHING, OK AND DELIVERED TO WVEI
       OKC, OK.
```


POSTED

**WASHITA 000707**

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 2 of 18

# BILL OF LADING

PRESS HARD - YOU ARE MAKING 6 COPIES

70577

BH

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11-4-13
Customer P.O. #: AFE D0205
Ordered By: John Munday
Lease/Rig #: Holder Read #34-4
Job #: 11-13-25
Reference #:

102345-2

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Offical, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WYEI                       Truck #: 510-865 625
Picked Up Location: Holder Read 27-2MH Calyx Cushing
From: Nomac 41  Calyy          Lease/Rig #: Nomac 41
Consigned To: WYEI Calyx to WYEI OKC,OK

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 45 | | 5½ BCB | 4th runners E. oilwell |

Received By: [signature] Michael C         Date: 11/05/13

WASHITA 000708

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 3 of 18

# BILL OF LADING

**70577**

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11-4-13  10231/5?
Customer P.O. # AFE D0205
Ordered By: John ?????
Lease/Rig # Holder ????
Job # 11 ?? ?
Reference #

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVE
Truck # 510-865
Picked Up Location: Holder Road 77-2 MH Calyx Cushing
From: Nomac 41, Calyx
Lease/Rig #: Nomac 41
Consigned To: WVE Calyx OK WVE OKC OK

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 45 | | 5½ BC B | |

Received By: _____  Date: _____

Summary:
45 to 5½ Casing EOOW
45 to 5½ Casing EOOW
40 to 7" Casing (4" runner east of oil well EOOW
40 to 7" Casing EOOW

Picked up @ location near Cushing OK + delivered to WVE OKC, OK Calyx

725-TRKS 500/510
LBS.
RATES Quoted
TOTALS $600.00
700-OUTBOUND
200 750-INBOUND 4 x 100 = $400.00
191 998-MISC.

03 11/07

WASHITA 000709
White Star's Motion for Partial Summary Judgment
Exhibit "9"
Page 4 of 18

# BILL OF LADING

PRESS HARD - YOU ARE MAKING 6 COPIES

11242
102345-4

**Washita Valley Enterprises, Inc.**

BACKHAUL

Date: 11-4-13
Customer P.O. #: 
Ordered By: John Minster(?)
Lease/Rig #: HOLDERREAD 34-4 MH
Job #: 11-13-25
Reference #: AFE # D0205

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI                                              Truck #: 542   T735
Picked Up Location: ~~PERKINS OK~~ Cushing, OK
From: CALYX   NOMAC RIG 41           Lease/Rig #: HOLDERREAD 34-4MH
Consigned To: CALYX % WVEI
              OKLA CITY OK  200 YARD

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 38 | | 7" | 4th runners |
| 2 | | 7" MARKER STS | Ex oil well |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: [signature]  Michael C                Date: 11/05/13
WVEI 13-536

WASHITA 000710

White Star's Motion for Partial Summary Judgment
Exhibit "9"
Page 5 of 18

# BILL OF LADING

**11242**

*BACKHAUL*

# Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 1-4-15
Customer P.O. #: 102345-4
Ordered By: John Ameeson
Lease/Rig #: McDerrell 24-4mh
Job #: 11-13-254-4
Reference #: EEE# D0205

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _____ Truck #: 542 725
Picked Up Location: Cushing, OK
From: Cust Nomac Rig 41 Lease/Rig #: McDerrell 24-4mh
Consigned To: Cust to WVE
Cust city OK 2x yard

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 21 | 7' | | 48 |
| 2 | 7' | Pieces STK | |

Received By: _____ Date: 1/15/15
WVEI 13-536

Summary:
725-TRKS: 500/542
LBS.
RATES: Quoted
TOTALS: 600.00
700-OUTBOUND
750-INBOUND
998-MISC.

WASHITA 000711
White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 6 of 18

# BILL OF LADING

**B/H**

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

68797
102345-6

Date: 11.4.13
Customer P.O. #: 
Ordered By: John Munday
Lease/Rig #: Holderread 34-4MH
Job #: 11-13-25
Reference #: NOMAC RIG 41
AFE # D0205

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI
Truck #: 557, 690T 689T
Picked Up Location: Ripley, OK
From: CALYX NOMAC RIG 41
Lease/Rig #: Holderread 34-4MH
Consigned To: CALYX C/O WVEI
Oklahoma City, OK (200 YRD)

A: 1105 a
D: 141 p

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 40 | | 7" 20# P110 LTC | 4th runner Brothwell |

Received By: [signature] Michael C
Date: 11/03/13

WASHITA 000712

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 7 of 18

# BILL OF LADING

PRESS HARD - YOU ARE MAKING 6 COPIES

68797

**Washita Valley Enterprises, Inc.**

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11-4-13
Customer P.O. #:
Ordered By: RICK BUCHANAN
Lease/Rig #: HOLDERREAD 34-4MH
Job #:
Reference #: NOMAC RIG 41
AFE # DO2DS

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Offical, Southern, Western, and Illinois Freight Classification in effort on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI
Truck #: 557,690T
Picked Up Location: RIPLEY, OK
From: CALYX NOMAC RIG 41
Lease/Rig #: HOLDERREAD 34-4MH
Consigned To: CALYX C/O WVEI
OKLAHOMA CITY, OK (200 YRD)

A: 1105a
O: 141p

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 40 | | 7" 26# P110 LTC | |
| | | | |

Received By: [signature]  Date:

WASHITA 000713
White Star's Motion for Partial Summary Judgment
Exhibit "9"
Page 8 of 18

# BILL OF LADING

**68717** / 102345-6

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338
Dot # 259583
I.C.C. #164156
O.C.C. #52259

John Ward

Date: 11-13
Customer P.O.:
Ordered By: [illegible]
Lease/Rig #: Hodl Read 34-1MH
Job #: 11-13-25
Reference #: NUMAC RIG 41
AFE # DO205

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVE 1
Truck #: 551 & T 684T
Picked Up Location: Pittyick
From: Alyx - Numac Rig 41
Lease/Rig #: Hodl Read 34-1MH
Consigned To: Alyx C/O WVE
Oklahoma City, OK (200 yrd)

A: 11:05a
D: 1:41p

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 40 | | 7" 24# M10 L10 | 40 ronr? E ed well |

Received By: [signature] Michael C
Date: 11/09/13

Summary:
725-TRKS: 500/557
LBS.
RATES: Quoted BH
TOTALS: 600.00
700-OUTBOUND
750-INBOUND
998-MISC.

WVEI 203 11/07

WASHITA 000714

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 9 of 18

**PRESS HARD - YOU ARE MAKING 6 COPIES**

# BILL OF LADING

11584

BIH

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11-4-13  102345-3
Customer P.O. #: AFE-D0205
Ordered By: John Munday
Lease/Rig #: Holderread 34-4MH
Job #: Nomac K-4/11-13-25
Reference #: 

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment. Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI  Truck #: 643 / 701 T
Picked Up Location: Cushing OK
From: Calyx Energy LLC  Lease/Rig #:
Consigned To: Calyx Energy LLC c/o Washita Valley Enterprises Inc Oklahoma City, OK yard 200
from Perkins OK east Jct Hwy 33 + Hwy 18 1 mile east
1 mile North 1/4 mile west north into

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 45 | 5½ |  | 9⅝ runners B-oil well |

Received By: [signature] Michael C  Date: 11/05/13
WVEI 13-536

WASHITA 000715

White Star's Motion for Partial Summary Judgment
Exhibit "9"
Page 10 of 18

# BILL OF LADING

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

**11584**

BIH

Date: 11-J-13    102345-3
Customer P.O. #: AFE D0205
Ordered By: Johnny Munday
Lease/Rig #: _____
Job #: _____ 11-13-25
Reference #: _____

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: _____    Truck #: _____
Picked Up Location: _____
From: _____    Lease/Rig #: _____
Consigned To: _____

| Joints | Footage | Description | Rack # |
|--------|---------|-------------|--------|
| 45 | 5½ | | 94 |
| | | | |
| | | | |
| | | | |
| | | | |

Received By: _____    Date: _____
WVEI 13-538

Summary: _____
725-TRKS 500/1643
LBS.
RATES $ Quoted
TOTALS $ 600.00
700-OUTBOUND _____
750-INBOUND _____
998-MISC. _____

WASHITA 000716
White Star's Motion for Partial Summary Judgment
Exhibit "9"
Page 11 of 18

# BILL OF LADING

PRESS HARD - YOU ARE MAKING 6 COPIES

11532

Date: 11-4-13   10?345-7

Customer P.O. #: 

## Washita Valley Enterprises, Inc.

Ordered By: John Munday
Lease/Rig #: Holderread 34-4MH
Job #: 11-13-25
Reference #: Nomac Rig #11

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI    Truck #: 515/T597
Picked Up Location: OKC, OK
From: WVEI    Lease/Rig #: Holderread 34-4MH
Consigned To: Calyx Energy

Cushing, OK

$80000

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 1 | | Forklift | |

Received By: [signature]   Date:
WVEI 13-536

WASHITA 000717

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 12 of 18

# BILL OF LADING

**11532**

## Washita Valley Enterprises, Inc.

P.O. Box 94160 • Oklahoma City, Oklahoma 73143-4160
Phone (405) 670-5338

Dot # 259583
I.C.C. #164156
O.C.C. #52259

Date: 11-4-13  102345-7
Customer P.O. #:
Ordered By: John Mundey
Lease/Rig #: Holdenread 34-1/H+H
Job #: 1113-CS
Reference #: Nemec Rig #11

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and described as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, as to each party at any time interested in all or any of said property that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western, and Illinois Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and said terms and conditions are hereby agreed to by the shipper for himself and his assigns.

Carrier: WVEI  Truck #: 515/T597
Picked Up Location: CK, OK
From: WVEI  Lease/Rig #: Holdenread 34-1/MH
Consigned To: Calyx Energy
Cushing, OK

$800.00

| Joints | Footage | Description | Rack # |
|---|---|---|---|
| 1 | | Forklift | |

Received By: _____  Date: _____
WVEI 13-536

Summary:
725-TRKS 500/515
LBS.
RATES   Forklift
TOTALS  $800.00
700-OUTBOUND
750-INBOUND
998-MISC.

WASHITA 000718
White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 13 of 18

```
                WASHITA VALLEY ENTERPRISES, INC.
                CUSTOMER RECEIVING REPORT --- # 601000561

                FACILITY ------ 200 OKLAHOMA CITY- 1701 SE 59
                JOB# ---------- 11-13-25
                DATE RECEIVED - 11/04/13

CUSTOMER ----- CALYX ENERGY, LLC            PO#--
ORDERED BY --- JOHN MUNDAY                  REF#-
LEASE/ORIGIN - HOLDERREAD 34-4MH

HOLD FOR INSTRUCTIONS

JOINTS  FOOTAGE  MATERIAL DESCRIPTION              TO BE DONE   RACK#   TRUCKING CO.    TRUCK ID
------  -------  --------------------              ----------   -----   ------------    --------
  45     5 1/2"           CASING         ***WIP***    HOLD       EOOW    WVEI             643
  45     5 1/2"           CASING         ***WIP***    HOLD       EOOW    WVEI             510
  90              **ITEM TOTAL**
  40       7"             CASING         ***WIP***    HOLD       EOOW    WVEI             557
         4TH RUNNER EAST OF OILWELL
  40       7"             CASING         ***WIP***    HOLD       EOOW    WVEI             542
  80              **ITEM TOTAL**


750 - INBOUND UNLOADING 200-191   $400.00
OTHER
```

**WASHITA 000719**

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 14 of 18

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11/4/2013    TRUCKING COMPANY: WVGL SS7/640 ~~184~~

CUSTOMER: CALYX

ORDERED BY: John Munday

REFERENCE #'s: _____

LOCATION IN FROM: HOLDER ROAD 34-4MH

JOB #: 11-13-25

JOINT COUNT AND DESCRIPTION: 40 - 7" 26# P110 BTC

STOCK: ☐    RACK #: 4th runner E. oil well

WIP: ☑

**WORK TO BE PERFORMED**

CVD/REPAIR AS NEEDED ☐    F/S THREAD ☐

HUBCITY ☐                 HYDROTEST ☐

SEA/FLD ☐                 DRILL PIPE/INSPECTION ☐

                          EMI ☐

OTHER: _____

LIFT DRIVER AND #: Michael L 191

NOTES: "HOLD FOR INSTRUCTIONS"

WASHITA 000720

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 15 of 18

## WASHITA VALLEY ENTERPRISES INC. INBOUND

**DATE:** 11/4/2013  **TRUCKING COMPANY:** WV61 542

**CUSTOMER:** CQYX

**ORDERED BY:** John M.

**REFERENCE #'s:** AFE D0205

**LOCATION IN FROM:** Holder Read 3404 units

**JOB #** 11-13-25

**JOINT COUNT AND DESCRIPTION:** 38-7" 2-7" MJ.

38-7" 26.00 P-110 BTC    2-7" 26# P-110 BTC MJS

**STOCK:** ☐    **RACK #** 4th runners 12 oil well

**WIP:** ✓

### WORK TO BE PERFORMED

CVD/REPAIR AS NEEDED ☐    F/S THREAD ☐

HUBCITY ☐    HYDROTEST ☐

SEA/FLD ☐    DRILL PIPE/INSPECTION ☐

    EMI ☐

**OTHER:**

**LIFT DRIVER AND #:** Michael C 191

**NOTES:** "HOLD FOR INSTRUCTIONS"

WASHITA 000721

White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 16 of 18

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11/4/2013  TRUCKING COMPANY: WVGI-643/701

CUSTOMER: Calyx

ORDERED BY: John M.

REFERENCE #'s: _____

LOCATION IN FROM: Holderread 34-4 mp

JOB #: 11-13-25

JOINT COUNT AND DESCRIPTION: 45 - 5 1/2 17# P-110 HC BTC

STOCK: ☐
WIP: ☑

RACK #: 4th runners E oil well

**WORK TO BE PERFORMED**

CVD/REPAIR AS NEEDED ☐   F/S THREAD ☐
HUBCITY ☐                 HYDROTEST ☐
SEA/FLD ☐                 DRILL PIPE/INSPECTION ☐
                          EMI ☐
OTHER: _____

LIFT DRIVER AND #: Michael C 191

NOTES: "HOLD FOR INSTRUCTIONS"

WASHITA 000722
White Star's Motion for
Partial Summary Judgment
Exhibit "9"
Page 17 of 18

**WASHITA VALLEY ENTERPRISES INC. INBOUND**

DATE: 11/9/2013   TRUCKING COMPANY: WVGL S10/885 685

CUSTOMER: CALYX

ORDERED BY: John M.

REFERENCE #'s

LOCATION IN FROM: HOLD6KKGD17 27-2MN

JOB #: 11-13-75

JOINT COUNT AND DESCRIPTION: 45 - 5½ 17.00 P-110 HC BTC

STOCK: ☐
WIP: ☑

RACK #: 4th runners E. oil well

**WORK TO BE PERFORMED**

CVD/REPAIR AS NEEDED ☐         F/S THREAD ☐

HUBCITY ☐                       HYDROTEST ☐

SEA/FLD ☐                       DRILL PIPE/INSPECTION ☐

                                EMI ☐
OTHER:

LIFT DRIVER AND #: Michael C /91

NOTES: "HOLD FOR INSTRUCTIONS"

WASHITA 000723
White Star's Motion for Partial Summary Judgment
Exhibit "9"
Page 18 of 18