

# ACE Industrial Group Inc.

1450 W. Grand Pkwy S. suite G.
Katy, TX 77494
Phone: 713-459-5773    Fax: 281-392-3823

7/10

| INVOICE | |
|---|---|
| INV.# | 30628 |
| DATE: | 06/29/13 |

| Bill To: | Ship To: |
|---|---|
| Trident Steel Corporation | TSI BEAR BAYOU |
| 12825 Flushing Meadows Drive | Trident Steel PO# 8258 |
| Suite: 110 | |
| St. Louis, MO 63131 | |
| Tel: 314-822-0500 | |
| Fax: 314-984-8700 | |

| P/O. No. | Release Date | Terms | Ship From | Ship By | Sold By |
|---|---|---|---|---|---|
| 8258 | 07/01/13 | 1%-10, 30 | GWII | PJ TRANSPORT | TDL |

| Item | Description | Qty: Pcs. | Unit Price | Amount |
|---|---|---|---|---|
| 1 | 5-1/2 P110 BTC API CASING COUPLING | 1,463 | $29.30 | $42,865.90 |
| | | | | − 857.32 |
| | | | | 42008.58 |

ENTERED
R01 531
PO 243
7/8/13

ROG IA
479-238 7/3/13 @ TSB

| Notes: | TAX % | N/A |
|---|---|---|
| | Deposit Paid | None |
| | Balance Due | ~~$42,865.90~~ |

This Invoice is Authorized By:
Please contact Tony Li at 713-459-5773 or email tonyli@aceindustrialgroup.com for any questions.

**We Appreciate Your Business!**

Mtrs Rec'd



OK TO PAY

EXHIBIT 1

Trident 393



**Trident Steel Corporation**
12825 Flushing Meadows Drive, Suite 110 · St. Louis, MO 63131
Telephone: 314-822-0500 · Telefax: 314-984-8700
Website: www.tridentsteel.com · E-mail: sales@tridentsteel.com

Page 1 of 2
REFER TO THIS
NUMBER IN ALL
CORRESPONDENCE

PURCHASE ORDER
**No. 8258**

| T O | ACE Industrial Group Inc.<br>...<br><br>Attention: Tony Li<br>Fax: (281) 392-3823 | S H I P   T O | Trident Steel Corporation<br>c/o TSI<br>Bear Bayou Facility<br>15938 Bear Bayou Drive<br>Channelview, TX 77530 |
|---|---|---|---|

| DATE | DATE REQUIRED | TERMS | F.O.B. | FRT | SHIP VIA |
|---|---|---|---|---|---|
| 06-28-13 | 07-01-13 | 1/10 | Deld. | PPD | Truck |

| QUANTITY | DESCRIPTION | UNIT PRICE | PER | AMOUNT |
|---|---|---|---|---|
| **1463 Pcs** | Specifications: API 5CT Casing Couplings<br>Grade: P110<br>Mfr: ...<br>Mfr. Process: Seamless<br>Ends: BTC<br>Dimensions: 5-1/2" O.D.<br>FOB: Delivered prepaid truck<br><br>Delivered to Bear Bayou for Trident's account on Monday, July 1st<br><br>Original mill test reports and signed bills-of-lading to accompany hard copy invoice to Trident Steel.<br><br>**Mill test certification must accompany commercial invoice, absent mill test report, invoice will be held pending receipt of report.** | $29.30 | Pc | |

AUTHORIZED SIGNATURE

# EXHIBIT 1

**Trident 394**


## CONDITIONS OF PURCHASE

1. The terms and conditions contained in this Purchase Order represent the full and final agreement between Purchaser and Seller. No terms and conditions, other than those specified herein, and no agreement or understanding in any way modifying the terms and conditions herein shall be binding upon Purchaser, unless mutually agreed in writing and hand-signed by an authorized representative of each party. Any additional or inconsistent terms contained in Seller's sales confirmation or invoice are expressly rejected and shall be construed as proposed new terms. These terms and conditions shall govern any future orders unless Seller and Purchaser expressly agree to the contrary in writing, hand-signed by an authorized representative of each party.
2. Seller warrants that the articles or materials furnished shall conform to this contract in all respects, and shall be of good workmanship and quality, merchantable, free of all defects and fit for the purposes which they are intended. Seller's warranty gives Purchaser the right to reject, return, hold subject to Seller's risk or, at Purchaser's option, Seller will replace, repair or make good (without additional cost to Purchaser) all or any part of this shipment which is not in full conformity with this order, regardless of when the merchandise is examined by Purchaser. Rejected merchandise shall be returned to seller at invoice price plus charges for transportation, labor, handling, and other expenses.
3. Seller accepts this order in its entirety, and acknowledges the following:
    a. Time is of the essence with respect to timing of shipment / delivery as stated herein;
    b. Seller shall ship / deliver all merchandise pursuant to the terms of the order. Partial, late, incomplete, or other non-conforming shipments shall be rejected unless acknowledged in writing by Purchaser prior to shipment.
    c. If the goods or the tender of delivery fail in any respect to conform to the contract, Purchaser may reject the whole, accept the whole, or accept any commercial unit(s) and reject the rest.
    d. In the event that Seller fails to perform as agreed, Seller shall be responsible for Purchaser's cost of cover. In the event that any goods accepted by Purchaser are subsequently found to be nonconforming, Purchaser may revoke acceptance of any or all of the goods in this order, without regard to what constitutes a commercial unit or the feasibility of segregating conforming from nonconforming items.
    e. In the event that Purchaser returns any goods as provided in these terms and conditions, Seller shall indemnify Purchaser for any ad valorem taxes that Purchaser incurred with respect to the returned goods.
4. Seller shall indemnify and free Purchaser from any liability for any unpaid federal, state, or local taxes, or contributions of unemployment funds, or any other amounts of any kind levied on Seller whether now owing or in the future, arising from compensation to Seller's employees resulting from work on merchandise ordered hereunder.
5. Seller agrees to indemnify and hold Purchaser harmless from and against all claims, losses, causes of action, demands, damages, costs, expenses, actions, attorney's fees, and claims of any other type whatsoever which may be made against, sustained by, and / or incurred by Purchaser due to defects and / or alleged defects in the products manufactured by Seller and distributed by Purchaser to its customers.
6. Seller agrees to cause Purchaser to be named as an additional insured under any of Seller's applicable liability insurance policies, including excess or umbrella policies, and including any coverage for products and completed operations. This agreement is limited to claims arising from use of the products by Purchaser or its customers and is independent of the indemnity obligation in the prior section.
7. Purchaser's rights hereunder shall be cumulative. Nothing herein stated shall limit the remedies available to Purchaser. Nor shall any delay or agreement to any lesser remedy operate as a waiver of any of Purchaser's rights hereunder.
8. Any provision found to be invalid by a competent court of law shall default to and be replaced by the applicable provisions of the Uniform Commercial Code, or comparable state or federal law, and shall have no effect on the validity of the remaining terms and conditions.
9. Any dispute with regard to this order shall be governed by the law of the state of the specified delivery location. The state courts of the state and county of the specified delivery location shall have exclusive jurisdiction over any dispute relating to this order.
10. Notwithstanding the foregoing section, it is hereby agreed that any controversy or claim arising out of or relating to this order, shal be settled by arbitration administered in the state and county of the specified delivery location, pursuant to a single arbitrator arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.
11. All information contained herein is confidential, and provided to Seller by Purchaser for the benefit of executing its responsibilities under this contract. Seller agrees that it will not disseminate the information in this contract, in whole or in part, for any reason without prior written authorization from Purchaser.

# EXHIBIT 1

**Trident 395**